Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Delaware__ District of _____
(State)

Case number (if known): __16-_____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   iON Worldwide Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 - 1 6 0 3 2 1 1

4. **Debtor's address**

   **Principal place of business**

   513 South Cenola Road, Suite 208
   Number    Street

   Mooretown         NJ    08057
   City              State  ZIP Code

   Burlington
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City              State  ZIP Code

5. **Debtor's website (URL)**

   http://ioncamera.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor   iON Worldwide Inc.   Case number (if known) 16-_____
         _____
         Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   3  3  3  3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
           District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  iON America LLC         Relationship  Subsidiary
            District  Delaware              When  _____
            Case number, if known  16-_____       MM / DD / YYYY

Debtor   iON Worldwide Inc.                                          Case number (if known) 16-_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                         Number    Street

_____
City                                        State    ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   iON Worldwide Inc.                          Case number (if known) 16-_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06 / 24 / 2016
             MM / DD / YYYY

X _____          Giovanni Tomaselli
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

X _____  Date  06 / 24 / 2016
Signature of attorney for debtor          MM / DD / YYYY

Anthony Saccullo
Printed name
A.M. Saccullo Legal, LLC
Firm name
27 Crimson King Drive
Number    Street

Bear                                      DE          19701
City                                      State       ZIP Code

(302) 836-8877                            ams@saccullolegal.com
Contact phone                             Email address

4141                                      DE
Bar number                                State

WRITTEN CONSENT OF THE SOLE
DIRECTOR OF ION WORLDWIDE, INC.

Pursuant to Section 18-302(d) of the Corporation of the State of Delaware, the undersigned, being the sole director (the "Director") of iON Worldwide Inc., a Delaware corporation (the "Company"), does hereby consent to, adopt and approve the following resolutions and each and every action effected thereby:

WHEREAS, the Director has reviewed the historical performance of the Company, the market for the Company's services and operations, the Company's current liquidity and capital needs and the current and long-term liabilities of the Company.

WHEREAS, the WHEREAS, the Company entered into a Restructuring Support Agreement with Sky Light Holdings, Ltd. and Kim POV, LLC to effectuate a financial restructuring (the "Restructuring").

WHEREAS, the Restructuring will be implemented by the Company commencing a case under chapter 11 of title of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court of the District of Delaware (the "Bankruptcy Court") to implement a recapitalization and restructuring of the Company.

Commencement of Chapter 11 Case

NOW, THEREFORE, BE IT RESOLVED, on this date, June 23, 2016, that in the judgment of the Director, after consultations with counsel, it is desirable and in the best interests of the Company, it creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

RESOLVED FURTHER, that the Director or agent authorized by the Director (each an "Authorized Representative") be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time that the Authorized Representative executing the same shall determine.

Retention of Professionals

RESOLVED FURTHER, that the law firms of Olshan Frome Wolosky, LLP and A.M. Saccullo Legal are hereby employed as counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that the firm of Willamette Management Associates be and hereby is employed as financial consultants for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval

RESOLVED FURTHER, that any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed to execute and file in the Company's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial

3615322-2

advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Representative deems necessary, proper, or desirable in connection with the Company's chapter 11 case, including, without limitation, negotiating and obtaining the use of cash collateral, and executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with such use of cash collateral, with a view to the successful prosecution of such case.

### Debtor In Possession Financing and Cash Collateral Resolution

RESOLVED FURTHER, that in connection the commencement of the chapter 11 case by the Company, any Authorized Representative be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver agreements for DIP Financing and for the use of cash collateral in connection with the Company's chapter 11 case, which agreement(s) may require the Company to acknowledge the debt and liens of existing loans, grant liens and pay interest to the Company's existing lender(s), and to take such additional action and to execute and deliver each other agreement, instrument, or document, to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as an Appointed Attorney-in-Fact approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof .

### General Resolutions

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Director in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the officers of the Company be, and each of them acting alone hereby is, authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto.

RESOLVED FURTHER, that any Authorized Representative be, and each (acting alone) hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Representative shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case.

RESOLVED FURTHER, that any and all past actions heretofore taken by any Authorized Representative in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

     This Consent may be executed in counterparts and each counterpart whether original, facsimile, or PDF copy shall be deemed to be an original and all of such counterparts when taken together shall constitute one and the same instrument.

SOLE DIRECTOR

_/s/ Giovanni Tomaselli_
Giovanni Tomaselli

3

3615322-2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iON Worldwide Inc., et al., | Case No. 16-[__] |
| Debtors.[1] | (Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' top 20 unsecured creditors. The list has been prepared from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority and/or amount of any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: iON Worldwide Inc. (3211); iON America LLC (2612).
The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 513 South Lenola Road, Suite 208, Moorestown, NJ 08057.

Fill in this information to identify the case:

Debtor name __iON Worldwide Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __16-_____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Delavaco Holdings Inc.<br>130 King Street - Suite 2210<br>Toronto, ONTARIO<br>M5X-1A9 | Andy DeFrancesco<br>416-362-4441 | Shareholder loan | | | | $968,173 |
| 2 | MLB Advanced Media L.P.<br>75 Ninth Avenue<br>New York, NY 10011 | Lara Pitaro Wisch, Senior VP and General Counsel<br>212-485-8490 | Trade debt | | | | $883,000 |
| 3 | IMG – Trans World International, LLC<br>200 Fifth Avenue, 7th Floor<br>New York, NY 10010 | Adam Kelly<br>44/0203 107 0765 | Trade debt | | | | $588,000 |
| 4 | Lucas Oil Products, Inc<br>302 N Sheridan Street<br>Corona, CA 92880 | Robert Patison<br>Executive VP<br>800-342-2512 | Trade debt | | | | $549,999 |
| 5 | Twenty-Ten Group<br>450-375 Water Street<br>Vancouver, BC V6B 5C6 | Bridget Martin<br>604-569-0480 | Trade debt | | | | $446,935.40 |
| 6 | Manchester City Football Club<br>600 Third Ave, 30th Floor<br>New York, NY 10016 | Tom Glick, President<br>212-738-5900 | Trade debt | Disputed | | | $428,650 |
| 7 | Swirl<br>101 Montgomery Street #200<br>The Presidio<br>San Francisco, CA 94129 | John Berg, President<br>415-276-8300 | Trade debt | | | | $404,125 |
| 8 | Contour IP Holding, LLC<br>5152 N Edgewood Dr Ste 375<br>Provo, UT 84604 | Nora Anderson, CFO<br>801-225-9990 | Contract debt | Disputed | | | $312,158.43 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    iON Worldwide Inc.
          Name

Case number (if known)  16-___

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Active Marketing Group<br>871 Midpoint Drive<br>O'Fallon, MO 63366 | Robert Grisoff<br>636-978-6161 | Trade debt | | | | $306,295.84 |
| 10 | IMG (UK) LTD<br>Building 6, Chiswick Park<br>566 Chiswick High Road<br>London W4 5HR | Adam Kelly<br>44/0203 107 0765 | Trade debt | Disputed | | | $279,439.21 |
| 11 | Clarke Capital Partners<br>5152 Edgewood Dr Ste 375<br>Provo, UT 84604 | Nora Anderson, CFO<br>801-225-9990 | Trade debt | Disputed | | | $266,348.94 |
| 12 | Triad Digital Media LLC<br>100 Carillon Parkway<br>St. Petersburg, FL 33716 | Debra Doughty<br>727-231-5059 | Trade debt | | | | $239,999.99 |
| 13 | NFL International LLC<br>345 Park Avenue<br>New York, NY 10154 | Tom Kiley, Controller<br>212-450-2000 | Trade debt | | | | $234,856 |
| 14 | MNP LLP<br>111 Richmond St West Suite 300<br>Toronto, ON M5H 2G4 | David Danziger, Senior VP<br>416-596-1711 | Trade debt | | | | $233,856.55 |
| 15 | Alli Sports – NBC Universal<br>30 Rockefeller Plaza<br>New York, NY 10112 | Ann Melville, Credit & Collections Manager<br>212-664-4277 | Trade debt | | | | $224,999 |
| 16 | Stikeman Elliott LLP<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto, ON M5L 1B9 | Curtis Cusinato<br>416-869-5500 | Trade debt | | | | $215,039.70 |
| 17 | Mosaic - USA<br>220 East Colinas Blvd., Suite 300<br>Irving, TX 75039 | Angela Lankford<br>972-870-4300 | Trade debt | | | | $164,618.23 |
| 18 | UPS<br>c/o Baker, Govern & Baker, Inc<br>Atrium West Center<br>7771 West Oakland Park Blvd., Suite 150<br>Ft. Lauderdale, FL 33351 | Steven Baker<br>954-749-6944 | Trade debt | | | | $155,476.73 |
| 19 | Weiss Rohlig Logistics<br>20 Commerce Drive   Suite 226<br>Cranford, New Jersey 07016 | Sean Yanok<br>908-931-1500 | Trade debt | | | | $150,119.92 |
| 20 | Real Tree Licensing<br>c/o Jordan Outdoor Enterprises<br>P.O. Box 9638<br>Columbus, GA 31908 | Kyle Pelletier<br>706-562-7230 | Trade debt | | | | $136,410 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __iON Worldwide Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known) __16-_____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/24/2016__
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

__Giovanni Tomaselli__
Printed name

__Chief Executive Officer__
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iON Worldwide Inc., et al,. | Case No. 16-[__] |
| Debtors.[1] | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO BANKRUPTCY RULES 1007(A)(1) AND 7007.1**

Debtor iON Worldwide Inc. ("iON Worldwide"), files this Corporate Ownership Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and states that (i) Contour, LLC owns more than 10% of a class of iON Worldwide's equity interests, and that (ii) no other corporation owns, directly or indirectly, 10% or more of any class of iON Worldwide's equity interests.

June 23, 2016

ION WORLDWIDE INC., ET AL.

By: GIOVANNI TOMASELLI
Its: CEO

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: iON Worldwide Inc. (3211); iON America LLC (2612).
The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 513 South Lenola Road, Suite 208, Moorestown, NJ 08057.

3619714-1