**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| iON Worldwide, Inc. | : | Case No. 16-11543 (LSS) |
| | : | |
| | : | Jointly Administered |
| Debtor(s). | : | NOTICE OF APPOINTMENT OF |
| ---------------------------------- | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **IMG – Trans World International, LLC**, Attn: Anthony D'Imperio, 432 West 45th Street, 4th Floor, New York, NY 10036, Phone: 212-774-4502, Fax: 212-541-5044

2. **Active Marketing, Inc.**, Attn: Bob Grisuff, 4640 Gulfstar Drive, Destin, FL 32541, Phone: 850-424-3044, Fax: 850-424-7634

3. **Delta Millennium, Inc.**, Attn: Michael Pahuta, 14A World's Fair Drive, Sommerset, NJ 08873, Phone: 732-537-6001, Fax: 732-537-6005


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ David Gerardi for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 6, 2016

Attorney assigned to this Case: David Gerardi, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael Fox, Esquire, Phone: (212) 451-2300, Fax: (212) 451-2222