**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iON Worldwide Inc., et al., | Case No. 16-11543 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: July 20, 2016 at 1:30p.m.**<br>**Objection Deadline: July 13, 2016 at 4:00p.m.** |
| | Ref. Docket No. 15 |

**SUPPLEMENTAL DECLARATION AND DISCLOSURE STATEMENT OF
MICHAEL S. FOX IN FURTHER SUPPORT OF THE APPLICATION OF THE
DEBTORS PURSUANT TO SECTION 327(a)
OF THE BANKRUPTCY CODE FOR AUTHORIZATION TO EMPLOY AND
RETAIN OLSHAN FROME WOLOSKY LLP AS ATTORNEYS FOR THE
DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Michael S. Fox makes this declaration under 28 U.S.C. § 1746 and states:

1. I am a member of the firm of Olshan Frome Wolosky LLP ("Olshan"), a law firm with principal offices at 1325 Avenue of the Americas, New York, New York 10019.[2]

2. I submit this Supplemental Declaration to provide further disclosure required under Bankruptcy Rules 2014(a) and 2016(b) in further support of the Application of the above-captioned Debtors and Debtors in possession for approval of the Debtors' retention of Olshan as its attorneys in these chapter 11 cases pursuant to section 327(a) of the Bankruptcy Code and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: iON Worldwide Inc. (3211); iON America LLC (2612).

The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 513 South Lenola Road, Suite 208, Moorestown, NJ 08057.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Local Rule 2014-1. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

### Olshan's Disclosure Procedures

3. Olshan maintains a computerized conflicts check system. Olshan has compared the information obtained thereby with the information contained in its client and adverse party conflict check system. The facts stated in this Declaration as to the relationship between Olshan and the Debtors, the Debtors' creditors, the United States Trustee, other persons employed by the Office of the United States Trustee, and those persons and entities who are defined as disinterested persons in section 101(14) of the Bankruptcy Code, are based on the results of my review of Olshan's conflict check system. Based upon such search, it is submitted that Olshan does not represent any entity in any matter involving or adverse to the Debtors or which would constitute a conflict of interest or impair the disinterestedness of Olshan in respect of its representation of the Debtors herein. In preparing this Supplemental Declaration, Olshan has conducted a supplemental conflicts check. A list of names Olshan ran through its supplemental conflicts check are attached as **Exhibit A** hereto.

4. Olshan's client and adverse party conflicts check system is comprised of records regularly maintained in the course of business by Olshan, and it is the regular practice of Olshan to make and maintain these records. The system reflects entries that are noted at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties with Olshan and in my practice of law. To the extent that Olshan discovers any connection with any interested party or enters into any new relationship with any interested party, Olshan will promptly supplement its disclosure to the Court.

2

5. To the extent that the firm discovers any connection with any interested party or enters into any new relationship with any interested party, the firm will promptly supplement its disclosure to the Court.

6. The foregoing constitutes the statement of Olshan pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Rule 2014-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2016

*/s/ Michael S. Fox*
Michael Fox