**Exhibit A to Fox Declaration**

**Interested Parties**

## Interested Persons for Conflict Check

**Office of the United States Trustee for District of Delaware**
David Gerardi

**Restructuring and Other Related Professionals**
Willamette Management Associates

**Top 20 Unsecured Creditors**
Active Marketing Group
Alli Sports - NBC Universal
Clarke Capital Partners
Contour IP Holding, LLC
Delavaco Holdings Inc.
IMG - Edgesport/24 Sport
IMG - UK World Rally Cross
Lucas Oil Productions
Manchester City Football Club
MLB
MNP LLP
Mosaic - USA
NFL - International
Real Tree Licensing
Stikeman Elliott LLP
Swirl
Triad Digital Media LLC
Twenty-Ten Group
UPS
Weiss Rohlig Logistic