**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iON Worldwide Inc., et al., | Case No. 16-11543 (LSS) |
| Debtors.[1] | (Jointly Administered) |

*These notes (the "<u>Global Notes</u>") regarding the Debtors' Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>Statements</u>") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.*

1. The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") have prepared these unaudited Schedules and Statements pursuant to section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  Except where otherwise noted, the information provided herein is as of June 24, 2016 and, unless otherwise noted, values of assets and liabilities provided represent book values as of such date, which may or may not be reflective of market value, and may have been subsequently modified or corrected.  While the Debtors have made every reasonable effort to ensure that the Debtors' Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements.  Moreover, because the Schedules and Statements contain unaudited information which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

2. In reviewing and signing the Schedules and Statements, Chris Oatway, Chief Financial Officer (the "<u>CFO</u>") has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtors, as well as information contained in the Debtors' books and records.  The CFO has not (and could not have) personally verified the accuracy of each such statement and representation, including but not limited to statements and representations concerning amounts owed to creditors and their addresses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: iON Worldwide Inc. (3211); iON America LLC (2612).

i

*These Global Notes regarding the Debtors' Schedules and Statements comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.*

3. The Debtors reserve the right to amend the Schedules and Statements as they determine may be necessary or appropriate in their sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim or other item reflected on the Schedules or Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or Statements shall constitute a waiver of the Debtors' rights with respect to these chapter 11 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4. Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of additional contingent and/or unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

5. Some of the Debtors' assets and liabilities are unknown and/or unliquidated as of close of business on June 24, 2016. In such cases, the amounts are listed as "unknown." Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtors' current assets and liabilities.

6. At times, the preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of expenses during the reporting period. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009 and Del. Bankr. L.R. 1009-2, the Debtors may amend their Schedules as they deem necessary and appropriate to reflect material changes, if any, that arise during the pendency of their chapter 11 cases. In addition, the Debtors reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7. The various asset values and claim amounts set forth in the Debtors' Schedules and Statements are generally based on the Debtors' balance sheet which was prepared in accordance under generally accepted accounting principles in the United States ("GAAP"). Such listed values and claim amounts may differ from market value or other methods of valuation for any given asset value or claim amount. The listing of a given value or claim amount in the Schedules and Statements is not an admission that GAAP and/or the Debtors' books and records is the appropriate valuation methodology with respect to any specific purpose and the Debtors reserve all rights to assert that a different methodology is

*These Global Notes regarding the Debtors' Schedules and Statements comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.*

appropriate and correct for such purpose, even where such methodology yields a different result.

8.  For the purposes of Schedule A/B, question 74, the Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

9.  The Debtors have not determined whether, and to what extent, any of the creditors identified on Schedule E are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to assert that claims identified on Schedule E are not claims that are entitled to priority.

10. Pursuant to an order of the Bankruptcy Court dated June 28, 2016, the Debtors are authorized to  pay, and have paid,  certain prepetition obligations for employee wages, salaries and other compensation, reimbursable employee expenses and employee medical and similar benefits. Therefore, the Debtors believe that certain claims otherwise entitled to priority under sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code have been satisfied in the ordinary course, and such claims have not been listed on the Debtors' Schedule E.

11. For the purposes of Schedule G, the Debtors believe they have only scheduled executory contracts to which the Debtors are a party or may be contractually and/or directly liable to perform.  Similarly, for the purposes of the other Schedules, no claims have been scheduled that may have benefited directly or indirectly from a contractual relationship to which the Debtors were not a named party.

12. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.  Certain of these executory agreements may not have been memorialized in writing and/or could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim.  Certain of the

iii

*These Global Notes regarding the Debtors' Schedules and Statements comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.*

contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G.  However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

13. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

14. For the purposes of Schedule H, the Debtors have not included their insurers, one or more of whom may be liable as "co-debtors" for one or more the debts listed on Schedules D-G or otherwise.

15. With respect to question 3 of the Statements, payments to the professionals listed in response to question 11 of the Statements are omitted from the responses to this question.

16. With respect to questions 4, 28, 29 and 30 of the Statements, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such right, claims and defenses are hereby reserved.

17. With respect to questions 6 and 13 of the Statements, in the ordinary course of business certain of the Debtors' creditors, such as utilities and professionals, may have setoff all or part of unpaid invoices against items such as security deposits or retainers previously provided to such creditors by the Debtors.  These creditors are not listed in response to questions 6 and 13.  Likewise, bank fees deducted from bank accounts of the Debtors are not listed in response to questions 6 and 13.  To the extent that these accounting entries could be considered setoffs, such setoffs are not listed in response to question 13.

18. With respect to question 28 of the Statements, officers and directors of any Debtor who have ceased to be officers or directors of that Debtor after June 24, 2016 have been omitted from the response to question 28 of the Statements.

19. The Debtors and their employees, agents, attorneys and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent

iv

***These Global Notes regarding the Debtors' Schedules and Statements comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.***

errors or omissions may exist.  The Debtors and their employees, agents, attorneys and other professionals expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their employees, agents, attorneys or other professionals be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys and other professionals are advised of the possibility of such damages.

v

Fill in this information to identify the case:

Debtor name _ION AMERICA_

United States Bankruptcy Court for the: _____ District of _DE_
                                                                                        (State)
Case number (If known): _16-11544_

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................... $ _0_

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................ $_7,491,607_

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................. $ _7,491,607_

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ _10,487,025_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ _221,535_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. + $ _15,153,547_

4. **Total liabilities**...................................................................................................... $ _25,862,107_
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name    _ION  AMERICA_

United States Bankruptcy Court for the:_____  District of _DE_
                                                                    (State)

Case number (If known):  _16 - 11544_

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand**                                                                       $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. WELLS FARGO | CHECKING | 3 0 5 8 | $ <994.52> |
| 3.2. WELLS FARGO | CHECKING | 3 8 1 0 | $ 2170.18 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. PAYPAL OPERATING/DEPOSIT ACCOUNT IN CASH US$ | $ 4686.39 |
| --- | --- |
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 5,862.05

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Current value of
debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $_____
   7.2. _____          $_____

Debtor _Ion America_____   Case number (if known)_16-11544_____

Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____
   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   _297,082_ – _____ = ……→   $ _297,082_
    face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:   _4,047,367_ – _129,213_ = ……→   $ _3,918,154_
    face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _4,215,236_

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1._____   _____%   _____   $_____
    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____
    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $ _∅_

---

Debtor ___*Ion America*___    Case number *(if known)* __16-11544__

Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | 06/24/2016 MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | 06/24/2016 MM / DD / YYYY | $ 94,684 | AVERAGE COST | $ 94,684 |
| 21. **Finished goods, including goods held for resale** | 06/24/2016 MM / DD / YYYY | $ 1,901,720 | AVERAGE COST | $ 1,901,720 |
| 22. **Other inventory or supplies** | 06/24/2016 MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,996,404

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value 96,450 *    Valuation method AVERAGE COST    Current value 96,450

*IMPOSSIBLE TO TELL HOW MUCH OF THE 96,450 REMAINS AT FILE DATE*

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    _Ion America_    Case number (if known) _16-11544_
        Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _Ø_

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _FURNITURE, PARTITIONS, TRADE SHOW DISPLAY_ | $ _14,003_ | _5YR SL DEPREC_ | $ _14,003_ |
| 40. **Office fixtures** _POP DISPLAYS INSTALLED AT CUSTOMERS_ | $ _1,254,905_ | _24L SL DEPREC_ | $ _1,254,905_ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _5,197_ | _3YR SL DEPREC_ | $ _5,197_ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ _1,274,105_

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor  _Iону AMEМIcA_____    Case number *(if known)* _16 - 11544_____
         Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    | | | | |
    |---|---|---|---|
    | 47.1 _____ | $ _____ | _____ | $ _____ |
    | 47.2 _____ | $ _____ | _____ | $ _____ |
    | 47.3 _____ | $ _____ | _____ | $ _____ |
    | 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    | | | | |
    |---|---|---|---|
    | 48.1 _____ | $ _____ | _____ | $ _____ |
    | 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

    | | | | |
    |---|---|---|---|
    | 49.1 _____ | $ _____ | _____ | $ _____ |
    | 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    | | | | |
    |---|---|---|---|
    | _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.          $ _____ *∅*_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor    _IDN AMERICA_____    Case number *(if known)* _16-11544_____
         <sub>Name</sub>

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   ☒ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** WEBSITES, ECOM PLATFORM | $ 0 | BOOK VALUE | $ B |
| 62. **Licenses, franchises, and royalties** IP LICENSE RE: CONTOUR | $ UNKNOWN | | $ |
| 63. **Customer lists, mailing lists, or other compilations** CUSTOMER LISTS, MARKETING ASSETS | $ 0 | BOOK VALUE | $ 0 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.    $ 0

---

Debtor _____ION AMERICA_____     Case number (if known)__16-11544_____

Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

      *SEE ATTACHED*

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = → $_____

                                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____ $_____

_____   Tax year _____ $_____

_____   Tax year _____ $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim      _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim      _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

ION America

Form 206 Schedule A/B

Part 11:

Receivable from affiliate Summit Global Japan - $599,114. Entire amount is uncollectible as SGJ no longer in operating

Receivable from affiliate ION Cameras Limited UK - $437,537. Entire amount is uncollectible as ICL has negative equity and is not a going concern as a stand alone business.

Contingent payment from Contour IP Settlement – see settlement documents. Contingent payment can be as high as $28 million.

Debtor _____ION AMERICA_____        Case number (if known)___16 - 11544_____
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,862 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,215,236 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,996,404 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,274,105 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................→ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $ 7,491,607 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................... $ 7,491,607

Fill in this information to identify the case:

Debtor name _ION AMERICA LLC_

United States Bankruptcy Court for the: _____ District of _DE_
(State)

Case number (If known): _16-11544_

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this claim |

**2.1** Creditor's name
_SKYLIGHT HOLDINGS LIMITED_

Creditor's mailing address
_ROOM 1009, KWONG SANG HONG CTR_
_151-153 HOI BUN ROAD_
_KWON TONG, HONG KONG_

Creditor's email address, if known
_TERRY@SKY-LIGHT.COM.HK_

Date debt was incurred _MAY 1, 2015_ *

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Specify each creditor, including this creditor,
and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_ALL ASSETS OF COMPANY_     $ _5,339,300_    $ _UNKNOWN_

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

* LOAN ACQUIRED FROM STABILIS IV
LP ON 6/20/2016

**2.2** Creditor's name
_KIM POV LLC_

Creditor's mailing address
_382 TIMBER TRAIL ROAD_
_PO BOX 8950_
_BRECKENRIDGE, CO 80424_

Creditor's email address, if known
_TYONECON@COX.NET_

Date debt was incurred _8/31/2014_

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☒ Yes. Have you already specified the relative
priority?
☐ No. Specify each creditor, including this
creditor, and its relative priority.

☒ Yes. The relative priority of creditors is
specified on lines _2.1_

Describe debtor's property that is subject to a lien
_2ND LIEN ON ALL ASSETS_     $ _5,097,725_    $ _UNKNOWN_

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☒ Yes    _SHAREHOLDER_

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.     $ _10,487,025_

Debtor _____ION AMERICA_____     Case number (if known)___16-11544_____
     Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____ $_____     $_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____ $_____     $_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____ Ion AMERICA _____          Case number *(if known)* __ 16-11544 __
       Name

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor _____ ION AMERICA LLC _____

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number __16-11544__
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.   SEE ATTACHED

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** | Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  _ION AMERICA_  Case number (if known) _16-11544_
        Name

| Part 1. | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._ Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

| Vendor | Amount | | Priority | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Canada Revenue Agency | 91,538.92 | 275 Pope Road, Suite 103, Summerside, PE C1N6A2 | Taxes | | x | x |
| Christopher Oatway | 8,287.59 | 10 Bramley Road, Moorestown, NJ 08057 | Employee | | | |
| Colorado Deptartment of Labor | 793.00 | Colorado State Treasurer, PO Box 956, Denver, CO 80201 | Taxes | | | |
| Florida Department of Revenue | 266.53 | 5050 W Tennessee Street, Tallahassee, FL 32399 | Taxes | | | |
| Giovanni Tomaselli | 10,196.17 | 605 Stratford Drive, Moorestown, NJ 08057 | Employee | | | |
| Internal Revenue Service | | 31 Hopkins Plaza, Room 1150, Baltimore, MD 21201 | Taxes | | | |
| Iowa State Withholding | 24,950.16 | State of Iowa Treasurer, PO Box 10411, Des Moines, IA 50306 | Taxes | | | |
| Iowa Workforce Development | 3,028.33 | 1000 E Grand Ave, Des Moines, IA 50319 | Taxes | | | |
| James Harrison | 24,465.49 | 5161 Collins Ave, Apt 201, Miami Beach, FL 33140 | Former Employee | | | x |
| Kenneth Kaufman | 15,517.00 | 1339 N. 2450 W, Lehi, UT 84043 | Former Employee | | | x |
| Lauren Wholey | 1,319.00 | 3532 Dixon Avenue, Bristol, PA 19007 | Employee | | | |
| Maria McCabe | 120.67 | 605 Stratford Drive, Moorestown, NJ 08057 | Former Employee | | | |
| New York Unemployment | 1.84 | PO Box 4301, Binghamton, NY 13902 | Taxes | | | |
| NY State Department of Taxation | 667.16 | OPTS Withholding Tax, WA Harriman Campus, Albany, NY 12227 | Taxes | | | |
| Rom Eizenberg | 19,954.37 | 618 Jefferson Street, Apt. 2, Hoboken, NJ 07030 | Former Employee | | | x |
| State of California Franchise Tax Board | 1,605.51 | PO Box 942857, Sacramento, CA 94257 | Taxes | | x | |
| State of New Jersey Division of Taxation | 1,854.55 | PO Box 248, Trenton, NJ 08695 | Taxes | | x | |
| Tania Santos | 2,000.00 | 68 Appletree Lane, Sewell, NJ 08080 | Employee | | | |
| Tyler Gilbreth | 4,284.39 | 1547 Tonia Court, Riverside, CA 92506 | Employee | | | |
| Utah State Tax Commission | 10,684.09 | 210 N 1950 W, Salt Lake City, UT 84134 | Taxes | | | |

221,534.77

Debtor  _ION AMERICA_____    Case number (if known) _16-11544____

Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

SEE ATTACHED

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor _____ION AMERICA_____
Name

Case number (if known)_____16-11544_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

| Vendor | Amount | Priority | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|
| Active Marketing Group | 313,650.60  871 Midpoint Drive, OFallon, MO 63366 | | | | |
| AgreeYa Mobility Inc | 48,716.00  11625 Custer Rd #110-301, Frisco, TX 75035 | | | | |
| Alex Juan Carlos | 1,080.00  7125 Bradford Street, Frisco, TX 75035 | | | | |
| Alli Sports - NBC Universal | 224,999.00  P.O. Box 402971, Atlanta, GA  30384-2971 | | | | |
| Aloe Finance Inc | 116,145.14  25 Adelaide St. East, Suite 1103, Toronto, Ontario M5C3A1 | | | | x |
| Anvil Media | 7,000.00  310 NE Failing St, Portland, OR 97212 | | | | |
| Archon Solicitors LTD | 1,365.34  Martin House, 5 Martin Lane, London EC4R 0DP | | | | |
| Atlantic Tomorrows Office | 423.71  134 W 26th St, New York, NY 10001 | | | | |
| B&H - Contour | 66.64  63 Flushing Ave, Brooklyn, NY 11205 | | | | x |
| Barry Wilson | 4,500.00  1075 Eagle Hollow Drive, Birmingham, AL  35242 | | | | |
| BDS Marketing Inc. | 14,511.25  10 Holland Irvine, California 92618 | | | | |
| Best Buy Canada | 45,537.37  19890 - 92A  Avenue, Langley,,  BC V1M 3A9 | | | x | x |
| BJ's Wholesale Club | 504.00  4500 Directors Rd, Jacksonville, FL 32220 | | | | x |
| BLASON IV | 51,671.19  FBO Edna M. Raviko Trust, 7 Deer Rest Road, Moorestown, NJ 08057 | | | | |
| Blue June Moon, LLC | 675.00  9045 South 1300 East, Sandy, UT 84094 | | | | |
| BMAC Fishing, LLC | 12,500.00  413 Tyler Court, Greenwood, IN 46142 | | | | |
| Breakaway Communications | 106,368.58  381 Park Ave. South, Suite 1216, New York, NY 10010 | | | | |
| Burbridge, Mitchell & Gross | 150,000.00  215 S State Street, Suite 920, Salt Lake City, UT 84111 | | | | |
| BWP Group | 15,444.00  The New Boathouse, Mill Lane, Maiden Head, BERKSHIRE SL6-0AA UK | | | | x |
| Cabelas | 310.22  501 Cliffhaven Rd., Prairie Du Chien,  WI 53821-1130 | | | | x |
| Campos Racing | 109,000.00  C/Transits No. 2.1 CyD 46002, Valencia | | | | |
| Canadian Tire | 805.71  2111 Steeles Ave East, Brampton, ON L6T 4L5 | | | | x |
| Catalyst | 16,846.71  1360 East 9th Street, Suite 100, Cleveland, OH 44114-1782 | | | | |
| Cineplex Digital Networks | 48,166.50  369 York Street, Suite 2C, London, ONTARIO N6B 3R4 | | | | |
| Clarke Capital | 266,348.94  5152 Edgewood Dr, Ste 375, Provo, UT  84604 | | | | x |
| Cody Meyer | 750.00  12296 Poplar Rd, Provo, UT  84604 | | | | |
| Colonial Life | 105.84  P.O. Box 1365, Columbia, SC 29202-1365 | | | | |
| Comcast | 374.47  PO Box 3002, Southeastern Pa, 19398-3002 | | | | |
| Complete Merchant Solutions | 102.44  815 W University Pkwy, Orem, UT 84058 | | | | |
| Contour IP Holding, LLC | 312,158.43  5152 N Edgewood Dr, Ste 375, Provo, UT 84604 | | | | x |
| Corey Bohan | 16,649.00  1018 Regina Way, Corona, CA 92882 | | | | |
| CostCo | 4,903.31  P.O. Box 34622, Seattle, WA 98124 | | | x | x |
| Creative Channel Services | 87,770.58  4755 Allah Road, Marina Del Rey, CA 90292 | | | | |
| CROSSMARK | 27,231.25  PO Box 844403, Dallas, TX 75284-4403 | | | | |
| CrossMark, Inc. dba Marketing Werks | 26,000.00  130 East Randolph St, Suite 2400, Chicago, IL 60601 | | | | |
| CT Lien Solutions | 1,266.50  PO Box 301133, Dallas, TX 75303 | | | | |
| Daniel Ramdenee | 7,550.00  30A Victoria Ave, Saffron Walden, CB11 3AE | | | | |
| David Goldhar | 49,000.00  1888 Bayview Ave, Toronto, ON M4G 0A7 | | | | x |
| Delavaco Holdings Inc. | 968,173.00  130 King Street, Suite 2210, Toronto, ONTARIO M5X-1A9 | | | | x |
| Demonstrate PR, LLC | 9,950.00  c/o Provident FM, 2850 Ocean Park Blvd, Suite 300, Santa Monica, CA 90405 | | | | |
| DL Ventures, LLC | 43,250.00  143 Morningwood Drive, Lexington, SC 29073 | | | | |
| DMI, Inc. | 91,824.70  14 A Fair Worlds Drive, Somerset, NJ 08873 | | | | |
| Dorsey & Whitney LLP | 71,683.99  PO Box 1680, Minneapolis, MN  55480-1680 | | | | |
| DSV Air & Sea | 46,203.43  PO Box 200876, Pittsburgh, PA  15251-0876 | | | | |

| Vendor | Amount | | Priority | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Elle Mahony | 6,000.00 | 8150 SW Barnes Rd, Portland, OR 97225 | | | | |
| Family Events | 55,000.00 | 838 N. Delaware Street, Indianapolis, IN 46204-1196 | | | | |
| FedEx | 5,456.47 | PO Box 223125, Pittsburgh, PA 15251 | | | | |
| FELBRO | 74,541.07 | 3666 East Olympic Blvd, Los Angeles, CA 90023-2291 | | | | |
| Feld Entertainment | 47,495.00 | 4255 Meridian Parkway, Aurora, IL 60504-8187 | | | | |
| First Data Global Lease | 141.40 | 5565 Glenridge Connector SE, Suite 2000, Atlanta, GA 30342 | | | | |
| First Western Bank & Trust | 33,464.73 | 1900 16th Street, Suite 1200, Denver, CO 80202 | | | | |
| Fishing University | 11,550.00 | 1300 Whitson Farm Road, Centerville, TN 37033 | | | | |
| Flaster Greenberg | 1,548.43 | 1810 Chapel Ave West, Cherry Hill, NJ 08002-4609 | | | | |
| FLW,LLC | 100,576.00 | 30 Gamble Lane, Benton, KY 42025 | | | x | x |
| Franklin Retail Solutions | 4,189.34 | 310 Spring Street, West Roxbury, MA 02132 | | | | |
| Free Key Guidance | 2,000.00 | 4350 NW Chanticleer Drive, Portland, OR 97229 | | | | |
| FRY'S | 27,114.04 | 600 E. Brokaw Avenue, San Jose, CA 95112 | | | x | x |
| Gadgeon | 47,600.00 | 881 Yosemite Way, Milpitas, CA 95035 | | | | |
| Ganassi Racing | 87,500.00 | 7777 Woodland Dr., Indianapolis, IN 46278 | | | | |
| GES Convention Events | 4,190.54 | PO Box 96174, Chicago, IL 60693 | | | | |
| GMP Securities | 28,354.20 | 331 Madison Ave # 12, New York, NY 10017 | | | | |
| Harro Art Ltd. | 59,591.00 | 14 Tipuana Ave Elanora, Queensland, 4221 Australia | | | | |
| Hartford Insurance | 22,493.52 | PO Box 660916, Dallas, TX 75266-0916 | | | | |
| HH Gregg | 5,831.85 | 4151 E 96th St., Indianapolis, IN 46240 | | | x | x |
| High Gear Specilties, Inc. | 62,136.25 | 1123 Crown Park Cir., Winter Garden, FL 34787 | | | | |
| Holland & Hart LLP | 11,987.50 | PO Box 17283, Denver, CO 80217-0283 | | | | |
| Ice Miller LLP | 67,422.51 | One American Square, Suite 2900, Indianapolis, IN, 46282 | | | | x |
| Icon Networks LLC | 30,000.00 | 8475 NW 29th Street, Miami, FL 33122 | | | | x |
| IMG Group | 973,019.21 | 200 Public Square, Suite 2300, Cleveland, OH 44114 | | | | |
| inComm | 28,000.00 | 250 Williams St, Suite M-100, Atlanta, GA 30303 | | | | |
| InfoTrends | 8,997.50 | 97 Libbey Industrial Parkway, Weymouth, MA 02189 | | | | |
| Inshore Fishing Assoc | 48,500.00 | 1982 St. Rd. 44 #197, Smyrna Beach, FL 32168 | | | | |
| Integracore | 8,497.86 | 6077 W Wells Park Rd, West Jordan, UT 84081 | | | | |
| Intellivision Technology Corp | 52,113.49 | 6203 San Ignacio Ave, San Jose, CA 95199 | | | | |
| Jalmac Sales & Marketing | 5,116.11 | 108 Izone Dr, Rolleston, Canterbury, New Zealand | | | | |
| James Woods | 9,650.00 | 91 Dransfield Road, Sheffield, South York, England S105RP | | | | |
| Jeremy McGrath | 35,000.00 | 1631 Jenks Lane, Corona, CA 92880 | | | | |
| Juan Pablo Montoya | 15,000.00 | 3785 NW 82 Ave, Suite 107, Doral, FL 33166 | | | | |
| KARPATA | 19,056.40 | PO Box 141515, Grand Rapids, MI 49514-1515 | | | | |
| Keith Combs Fishing LLC | 2,250.00 | 550 S Main St, Huntington, TX 75949 | | | | |
| Knobbe | 134,809.56 | 2040 Main St, 14th Fl, Irvine, CA 92614 | | | | x |
| Liam Doran | 42,000.00 | Aller Farm, Dolton on Devon, EX19 8PP, UK | | | | |
| Lucas Oil Productions | 549,999.00 | 302 N Sheridan Street, Corona, CA 92880 | | | | |
| Mad Media LLC | 4,500.00 | 2554 Pahvant Street, Oceanside, CA 92054 | | | | |
| Manchester City Football Club | 428,650.00 | 600 Third Avenue, 30th Floor NY, NY 10016 | | | | |
| Manulele Incorporated | 2,712.04 | PO Box 1161, Haleiwa, HI 96712 | | | | |
| Marc Rossiter | 2,878.25 | 2708 Sea Breeze Ct, Orlando, FL 32805 | | | | |
| Mark Menendez | 750.00 | 2540 Mayfield Metropolis Rd, Paducah, KY 42001 | | | | |

| Vendor | Amount | Priority | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|
| Matt Foster | 23,380.00 5902 Greenwood Ave N, Seattle, WA 98103 | | | | |
| Mica Sport Canada | 1,268.71 9 Monica Lane, Bracebridge ON P1L1P8 | | | | |
| Miles Technologies | 1,816.46 300 Route 38, Moorestown, NJ 08057 | | | | |
| MLB | 883,000.00 75 Ninth Avenue, NY, NY 10011 | | | | |
| MNP LLP | 233,856.55 111 Richmond St West, Toronto, ON M5H 2G4 | | | | |
| Monty Motorsport LLC | 15,000.00 3785 NW 82 Ave, Suite 107, Doral, FL 33166 | | | | |
| Mosaic - USA | 164,618.23 220 East Las Colinas Blvd, Irving, TX 75039 | | | | |
| Moto National | 8,403.66 PO Box 274, Bldg 6, 457 Tufnell Rd, Banyo, Queensland 4014 | | | | |
| Natalie Segal Professional | 500.00 24 Lesney St Richmond, Melbourne, Australia | | | | |
| National Walleye Tour, LLC | 48,500.00 1982 St. Rd. 44 #197, Smyrna Beach, FL 32168 | | | | |
| NCR | 6,926.00 111 W. Washington Street, Suite 1447, Chicago, IL 60602 | | | | x |
| NeoGrid Solutions North America | 1,643.84 55 W Monroe Street, Suite 3590, Chicago, IL 60603 | | | | |
| New Creature Holdings, Inc. | 117,706.17 2003 HorseBarn Road, Suite 4, Rogers, AR 72758 | | | | |
| Newtype Inc | 105.00 447 Route 10 East, Suite 14, Randolph, NJ 07869 | | | | |
| NFL - International | 234,856.00 345 Park Ave, New York, NY 10154 | | | | x |
| OCTAGON | 24,000.00 7950 Jones Branch Drive, Suite 700N, McLean, VA 22107 | | | | |
| On Q Solutions | 55,528.53 1250 Bayhill Drive, Suite 315, San Bruno, CA 94066 | | | | |
| Ops-Core | 9,550.00 12 Channel St, Suite 901, Boston, MA 02210 | | | | |
| Owen Jones & Partners, LTD | 10,000.00 408 NW 5th Ave, Portland, OR 97209 | | | | |
| Pep Boys | 8,950.34 3111 West Allegheny Ave, Philidelphia, PA 19132 | | | | x |
| Pinkbike | 4,084.00 Unit C - 45841 Railway Ave, Chilliwack, British Columbia V2P 1L4 | | | | |
| Piquet Racing | 75,000.00 8611B Townley Road, Huntersville, SC 28078 | | | | |
| Print Pack Complete, LLC | 35,088.65 P.O. Box 7331, Audobon, PA 19407-7331 | | | | |
| PS BRAND | 11,998.00 3 Wallengersurgh, Vollya, SWEDEN | | | | |
| QF - LDA | 7,493.70 Zona Industrial de Alfena, Rua Afonso IV-204-210, Alfena Porto Portugal 4445-251 | | | x | x |
| Randy Haynes Fishing | 1,900.00 250 Sandbar Lane, Counce, TN 38326 | | | | |
| Real Tree Licensing | 136,410.00 PO Box 9638, Columbus, GA 31908-9638 | | | | |
| Reef McIntosh | 15,349.00 4129 Rooke Pl, Princeville, HI 967222 | | | | |
| Reva Capital Markets | 55,156.00 45 Broadway - 8th Floor, New York, NY 10005 | | | | |
| Richard Mander | 2,000.00 4270 Sorrel Ave NE, Bainbridge Island, WA 98110 | | | | |
| Robert Half Associates | 16,372.70 12400 Collection Center Drive, Chicago, IL 60693 | | | | |
| Robert Kowalik | 5,151.44 18075 Royal Crest Dr, Brookfield, WI 53045 | | | | |
| Ropes & Gray | 20,000.00 One Metro Center, 700 12th St NW, Ste 900, Washington, DC 20005-3948 | | | | |
| Rose Outdoors LLC | 800.00 1702 Eagle Dr, West Memphis, AR 72301 | | | | |
| Sam Smoothy Professional | 4,000.00 Max Group Australasia, Pty Ltd Victoria, 3206 Australia | | | | |
| Seattle Seahawks | 120,000.00 Virgina Mason Center, 12 Seahawks Way, Renton, WA 98056 | | | | |
| Senawave | 1,619.01 2607 S Decker Lake Blvd, Suite 100, Salt Lake City, UT 84119-3023 | | | | |
| Sho-Air | 390.00 5401 Argosy Ave, Huntington Beach, CA 92649 | | | | |
| Smart & Biggar | 351.60 Box 111, Suite 1500, 438 University Ave, Toronto, ON M5G2K8 | | | | |
| Snoogen Technology, Inc. | 300.00 11984 Westfield Cove Road, Highland, UT 84003 | | | | x |
| Source Interlink Media -GRIND | 1,000.00 PO Box 933852, Atlanta, GA 31193-3852 | | | | |
| SPAR CANADA COMPANY | 10,526.80 10 Planchet Rd. Unit 21, Vaughan, Ontario, CA L4K 2C8 | | | | |
| SPS Commerce, Inc. | 2,796.00 VB Box 3, PO Box 9202, Minneapolis, MN 55480-9202 | | | | |
| Squire | 13,125.00 1329 South 800 East, Orem, UT 84097 | | | | |

| Vendor | Amount | | Priority | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|
| Staples | 4,597.00 | Dept PHL, Boston, MA 02241-5256 | | | | |
| State of New Jersey Labor and Workforce | 112,157.00 | PO Box 389, Trenton, NJ 08625 | | | x | x |
| Stikeman Elliott LLP | 215,039.70 | 5300 Commerce Court West, 199 Bay Street Toronto, ON M5L 1B9 | | | | |
| Strategic America | 60,410.29 | 6600 Westown Parkway, Suite 100, West Des Moines, IA 50266 | | | | |
| Strike King Lure Company | 29,000.00 | 466 WASHINGTON ST, COLLIERVILLE, TN 38017 | | | | |
| Swirl | 404,125.00 | 101 Montgomery Street, San Francisco, CA 94129 | | | | |
| Texas Team Trail LLC | 48,500.00 | 1982 St. Rd. 44 #197, Smyrna Beach, FL 32168 | | | | |
| The High Road Group | 62,200.00 | 1492 S Seguin Avenue, New Braunfels, TX 78130 | | | | |
| The Sports Authority | 5,228.90 | 1050 W. Hampden Ave, Englewood, CO 80110 | | | | |
| TRANSWORLD MARKETING | 5,528.80 | 360 Murray Hill Parkway, East Rutherford, NJ 07073 | | | | |
| Triad Digital Media LLC | 239,999.99 | P.O. Box 638058, Cincinatti, OH 45263 | | | | |
| Twenty-Ten Group | 446,935.40 | 450-375 Water Street, Vancouver, BC V6B 5C6 | | | | |
| Twiin Media. LLC | 3,900.00 | 54 Wilson Drive, Sicklerville, NJ 08081 | | | | |
| Tycoon Equity Media | 57,179.05 | Presa Salinillas, 370-902, Colonia Irrigacion, 11500 MX, D.F., R.F.C. EME020207 1C8 | | | | |
| U-Line | 246.82 | PO BOX 88741, CHICAGO, IL 60680-1741 | | | | |
| UPS Consolidated | 168,686.71 | LockBox 359807, Philadelphia, PA 19105-9807 | | | x | x |
| Utah Soccer, LLC | 85,035.00 | 9256 S. State Street, Sandy, UT 84070 | | | | |
| Veracity Networks | 544.71 | 170 West Election Rd, Ste 200, Draper, UT 84020 | | | | |
| VID Pro, Inc. | 6,242.33 | 991 Matheson Blvd. E., Unit 3, Mississauga, Ont. L4W 2V3 | | | | |
| Vonderheid & Associates | 86,175.89 | P.O. BOX 9949, Breckenridge, CO 80424-9949 | | | | |
| WB Mason | 41.96 | PO Box 981101, Boston, MA 02298 | | | | |
| Weiss Rohlig Logistics | 129,816.67 | 20 Commerce Drive, Cranford, New Jersey 07016 | | | | |
| Wells Fargo Insurance Services | 568.00 | P.O. Box 823237, Philadelphia, PA 19182-3237 | | | | |
| Will Jackways Professional | 1,000.00 | 37 Aubrey Road Wanaka, New Zealand 9305 | | | | |
| Works Design Group | 8,198.00 | 7905 Browning Road, Pennsauken, NJ 08109 | | | | |
| WWL | 3,687,988.43 | Suite D 16/F., On Hing Building, No. 1 On Hing Terrace, Central Hong Kong | | | | |
| WYNIT DISTRIBUTION LLC | 304,431.85 | 5801 East Taft Road, East Syracuse, NY 13212 | | | x | x |
| X Team Racing LLC | 25,875.00 | 2937 SW 27th Ave, Suite 305, Miami, FL 33133 | | | | |
| XYZ Talents | 33,100.00 | 2937 SW 27th Ave, Suite 305, Miami, FL 33133 | | | | |
| York Publishing | 6,507.31 | P.O. BOX 4591, CHICO, CA. 95927-4591 | | | | |
| Zerofractal | 34,500.00 | 8491 NW 17th St, Ste 110, Doral, FL 33126 | | | | |

15,153,547.31

Debtor _____Ion America_____    Case number (if known) __16-11544__
  Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------|
| 5a. Total claims from Part 1 | 5a. | $ 221,535 |
| 5b. Total claims from Part 2 | 5b. + | $ 15,153,547 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 15,375,082 |

Fill in this information to identify the case:

Debtor name _____ ION AMERICA _____

United States Bankruptcy Court for the: _____ District of **DE**
(State)

Case number (If known): **16-11544** _____ Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **SEE ATTACHED** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____    Case number (if known) _____
             Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

| | ADDRESS | CITY | STATE | ZIP | Term Date | Description |
|---|---|---|---|---|---|---|
| Active Marketing Group | 401 Church St, PO Box 1424 | O'Fallon | MO | 63366 | 12/31/17 | Sales / Manufacturer Rep Agreement |
| B&H Foto Electronics Corp | 440 9th Avenue | New York | NY | 10001 | 2/12/17 | Customer Resale/Vendor Terms Agreement |
| Bass Pro | 2500 East Kearney Street | Springfield | MO | 65803 | 12/31/16 | Customer Resale/Vendor Terms Agreement |
| Best Buy Canada LTD | 8800 Glenlyon Parkway | Burnaby | BC | V5J5K3 | 4/10/17 | Customer Resale/Vendor Terms Agreement |
| BLASON IV - # 101 | 7 DEER REST ROAD | Moorestown | NJ | 08057 | Monthly | Office Rent |
| BLASON IV - # 208 | 7 DEER REST ROAD | Moorestown | NJ | 08057 | Monthly | Office Rent |
| Christopher Oatway | 10 Bramley Road | Moorestown | NJ | 08057 | Monthly | Employment Agreement |
| Dicks Sporting Goods Inc | 345 Court Street | Coraopolis | PA | 15108 | 12/31/16 | Customer Resale/Vendor Terms Agreement |
| DL Ventures, LLC | 143 Morningwood Drive | Lexington | KY | 29073 | 12/31/17 | Sponsorship - Hunt / Fish |
| DMI, Inc. | 14 A Fair Worlds Drive | Somerset | NJ | 08873 | 12/31/17 | Call Center Service Agreement |
| Fishing University | 1300 Whitson Farm Road | Centerville | TN | 37033 | 12/31/17 | Sponsorship - Hunt / Fish |
| Frys Electronics | 600 East Brokaw Road | San Jose | CA | 95112 | 12/31/16 | Customer Resale/Vendor Terms Agreement |
| Gadgeon | 881 Yosemite Way | Milpitas | CA | 95035 | Monthly | Software Development Agreement |
| General Wireless Operations Inc (RSH) | 300 RadioShack Circle | Fort Worth | TX | 76102 | 12/31/16 | Customer Resale/Vendor Terms Agreement |
| Gregg Appliances Inc (HH Gregg) | 4151 East 96th Street | Indianapolis | IN | 46240 | 12/31/16 | Customer Resale/Vendor Terms Agreement |
| Hartford Insurance | PO Box 660916 | Dallas | TX | 75266 | 10/15/16 | Business Insurance |
| IMG - Edgesport/24 Sport | 200 5th Avenue, 7th Floor | New York | NY | 10010 | 12/31/16 | Sponsorship - Extreme Sports |
| IMG - UK World Rally Cross | Building 6, Chiswick Park, 566 Chiswick High Road | London | UK | W4 5HR | 12/31/17 | Sponsorship - Motor Sports |
| Inshore Fishing Assoc | 1982 St Rd 44 #197 | Smyrna Beach | FL | 32168 | 12/31/16 | Sponsorship - Hunt / Fish |
| Manchester City Football Club | 600 Third Avenue, 30th Floor | New York | NY | 10016 | 12/31/17 | Sponsorship - Branded Sports |
| Miles Technologies | 300 Route 38 | Moorestown | NJ | 08057 | Monthly | Back Office IT Support |
| MLB | 75 Ninth Avenue | New York | NY | 10011 | 12/31/16 | Sponsorship - Branded Sports |
| National Football League International | 345 Park Ave | New York | NY | 10154 | 12/31/17 | Sponsorship - Branded Sports |
| National Walleye Tour, LLC | 1982 St. Rd. 44 #197 | Smyrna Beach | FL | 32168 | 12/31/16 | Sponsorship - Hunt / Fish |
| Oxford Heath Care | 4 Research Drive | Shelton | CT | 06484 | Monthly | Health Insurance |
| Pep Boys Auto | 3111 West Allegheny Avenue | Philadelphia | PA | 19132 | 2/20/17 | Customer Resale/Vendor Terms Agreement |
| Real Tree Licensing | 1390 Box Circle | Columbus | GA | 31908 | 12/31/17 | Sponsorship - Hunt / Fish |
| Reva Capital Markets | 45 Broadway - 8th Floor | New York | | 10005 | No Date | Financial Broker |
| Sho-Air | 5401 Argosy Ave | Hungtington Beach | CA | 92649 | Monthly | Storage Facility |
| Strike King Lure Company | 466 WASHINGTON ST | Collierville | TN | 38017 | 12/31/17 | Sponsorship - Hunt / Fish |
| Target Corporation | 1000 Nicollet Mall | Minneapolis | MN | 55403 | Monthly | Customer Resale/Vendor Terms Agreement |
| Texas Team Trail LLC | 1982 St Rd 44 #197 | Smyrna Beach | FL | 32168 | 12/31/16 | Sponsorship - Hunt / Fish |
| The High Road Group | 1492 S Seguin Avenue | New Braunfels | TX | 78130 | 12/31/17 | Sponsorship - Hunt / Fish |
| Twenty-Ten Group | 450-375 Water Street | Vancouver | Canada | V6B 5C6 | 12/31/17 | Sponsorship - Extreme Sports |
| Weiss Rohleg Logistics | 20 Commerce Drive | Cranford | NJ | 07016 | Monthly | Freight and Logistics Broker |
| Wells Fargo Insurance Services | PO Box 823237 | Philadelphia | | 19182 | Monthly | Commercial/Umbrella policy; now through Hartford |

Fill in this information to identify the case:

Debtor name _____ Ion America _____

United States Bankruptcy Court for the: _____ District of __DE__
                                                                (State)

Case number (If known): __16-11544_____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes   SEE ATTACHED

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City _____ State ___ ZIP Code ___ | | | |
| 2.2 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City _____ State ___ ZIP Code ___ | | | |
| 2.3 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City _____ State ___ ZIP Code ___ | | | |
| 2.4 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City _____ State ___ ZIP Code ___ | | | |
| 2.5 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City _____ State ___ ZIP Code ___ | | | |
| 2.6 _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | City _____ State ___ ZIP Code ___ | | | |

Debtor  _Ion America_  Case number _(if known)_ _16-11544_
     Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.___ _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

ION America

Form 206H

| | | |
|---|---|---|
| World Wide Licenses Ltd<br>Suite D, 16/F<br>On Hing Building<br>1 On Hing Terrace<br>Central, Hong Kong | Sched D | Kim POV and Skylight Holdings Limited |
| iON Cameras Limited<br>Suite 4-6, Innovation Centre<br>Longbridge Technology Park<br>1 Devon Way<br>Birmingham, B31 2TS United Kingdom | Sched D | Kim POV and Skylight Holdings Limited |
| ION Worldwide, Inc.<br>513 South Lenola Road<br>Suite 208<br>Moorestown, NJ 08057 | Sched D | Kim POV and Skylight Holdings Limited |

Fill in this information to identify the case and this filing:

Debtor Name   iON America LLC

United States Bankruptcy Court for the: _____   District of   DE
                                                                        (State)

Case number (If known):   16-11544


Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☒  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒  Schedule H: Codebtors (Official Form 206H)

☒  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule ____

☐  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 25 2016          ✗ _____
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     Chris Oatway
                                     Printed name

                                     Chief Financial Officer
                                     Position or relationship to debtor


Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors