# EXHIBIT A

| | | |
|---|---|---|
| Active Marketing Group<br>871 Midpoint Drive<br>O'Fallon MO 63366 | Alli Sports - NBC Universal<br>30 Rockefeller Plaza<br>New York, NY 10112 | Aloe Finance Inc<br>25 Adelaide St. East, Suite 1103<br>Toronto, Ontario,<br>Canada M5C 1T6 |
| Breakaway Communications<br>381 Park Ave. South, Suite 1216<br>New York, NY 10016 | Campos Racing<br>c/o Russel Bedford Law<br>Attn: Ignacio Oscoz<br>C/Transits No. 2.1 CyD 46002<br>Valencia, Spain | Christopher M. Samis, Esquire<br>L. Katherine Good, Esquire<br>Chantelle D. McClamb, Esquire<br>Whiteford, Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801 |
| CitiBank, N.A, ITS Branches, Subsidiaries and Affiliates<br>388 Greenwich Street<br>22nd Floor<br>New York, NY 10013 | Clarke Capital Partners<br>5152 Edgewood Dr Ste 375<br>Provo, UT  84604 | Contour IP Holding, LLC<br>5152 N Edgewood Dr, Ste 375<br>Provo, UT 84604 |
| Creative Channel Services<br>12777 W Jefferson Blvd<br>Los Angeles, CA 90066 | Creative Channel Services LLC<br>477 Alla Road<br>Marina del Ray, CA 90292 | Delavaco Holdings Inc.<br>130 King Street - Suite 2210<br>Toronto, ONTARIO M5X-1A9 |
| Delta Millenium Inc.<br>14 A Fair Worlds Drive<br>Somerset, NJ 08873 | FLW, LLC<br>ATTN:  Kristi Gray<br>30 Gamble Lane<br>Benton, KY 42025 | Ganassi Racing<br>7777 Woodland Drive<br>Indianapolis, IN 46278 |
| Henry A. Efroymson<br>ICE Miller LLP<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200 | IMG - Edgesport/24 Sport<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114 | IMG - UK World Rally Cross<br>Building 6, Chiswick Park<br>566 Chiswick High Road<br>London W4 5HR |
| IMG - USOS<br>1360 East 9th Street, Suite 100<br>Cleveland, OH 44114-1782 | Internal Revenue Service<br>31 Hopkins Plaza<br>Suite B40<br>Baltimore, MD 21202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JJR Private Capital Limited Partnership<br>5 Hazelton Avenue<br>Suite 300<br>Toronto, ON, Canada M5R2E-1 | John Carlton, Esquire<br>Whiteford, Taylor & Preston LLP<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, MD 21202-1636 | Kim POV, LLC<br>PO Box 8950<br>382 Timber Trail Road<br>Breckenridge, CO 80424 |
| Lucas Oil Products/Team Lucas<br>302 N Sheridan Street<br>Corona, CA 92880 | Manchester City Football Club<br>600 Third Avenue, 30th Floor<br>New York, NY 10016 | Merchant Business Credit, Inc.<br>1441 Broadway, 22nd Floor<br>New York, NY 10018 |
| Michael J. Barrie, Esquire<br>Jennifer R. Hoover, Esquire<br>Benesch, Friedlander, Coplan & Aaronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 | MLB Advanced Media L.P.<br>75 Ninth Avenue<br>New York, NY 10011 | MNP LLP<br>111 Richmond St West, Suite 300<br>Toronto, ON M5H 2G4 |

| | | |
|---|---|---|
| Mosaic Sales Solutions<br>220 East Las Colinas Blvd, Suite 300<br>Irving, TX 75039 | N.J. Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, N.J. 08695-0245 | New Creature Holdings, Inc.<br>2003 HorseBarn Road, Suite 4<br>Rogers, AR 72758 |
| NFL – International<br>c/o Endorsed Sponsorship<br>345 Park Ave<br>New York, NY 10154 | Paul Hastings LLP<br>200 Park Avenue<br>Attn: Harvey A. Strickon<br>New York, NY 10116 | Real Tree Licensing<br>Jordan Outdoor Enterprises, Ltd.<br>c/o Real Tree<br>PO Box 9638<br>Columbus, GA 31908-9638 |
| Seattle Seahawks<br>Virginia Mason Center<br>12 Seahawks Way<br>Renton, WA 98056 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 |
| Securities and Exchange Commission<br>New York Regional Office<br>Attn: Andrew Calamari, Regional Dir.<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 | Sherman & Howard<br>c/o Kelly K. Robinson<br>Atty for Kim POV, LLC<br>633 Seventeenth Street, Suite 3000,<br>Denver, Colorado 80202 | Sky Light Imaging Limited<br>Room 1009, Kwong Sang Hong Centre<br>151-153 Hoi Bun Road<br>Kwun Tong, Kowloon,<br>Hong Kong, NA |
| Stikeman Elliott LLP<br>5300 Commerce Court West<br>199 Bay Street<br>Toronto, ON M5L 1B9 | Swirl<br>101 Montgomery Street<br>The Presidio<br>San Francisco, CA 94129 | The Rosner Law Group LLC<br>Attn: Scott James Leonhardt<br>824 Market Street<br>Suite 810<br>Wilmington, DE 19801 |
| Triad Digital Media, LLC<br>P.O. Box 638058<br>Cincinatti OH 45263 | Twenty-Ten Group<br>c/o Snow Sports Canada<br>450-375 Water Street<br>Vancouver, BC V6B 5C6 | UPS Consolidated<br>c/o Baker, Govern & Baker<br>Attn: Steven Baker<br>7771 West Oakland Park Blvd, Suite 150<br>Atrium W Building<br>Ft. Lauderdale, FL 33351 |
| Weiss Rohlig Logistics<br>20 Commerce Drive, Suite 226<br>Cranford, New Jersey 07016 | Wells Fargo Bank National Association<br>1740 Broadway<br>Denver, CO 80274 | Whiteford Taylor Preston<br>Attn: Christopher Samis,<br>Atty for Sky Light<br>The Renaissance Centre, Suite 500<br>405 North King Street<br>Wilmington, DE 19801-3700 |
| Bayard, P.A.<br>Justin R. Alberto, Esquire<br>Gregory J. Flasser, Esquire<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | | |