ION Share Register
6-Nov-15

| Cert No. | Number of Shares | Shares Outstanding | Date Issued | Issued to: | From | Transferred or Replaced Shares | Date of Transfer or Replacement | Transferred to Whom | Comments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1,463,494 | 1,463,494 | 21-Jun-15 | Maria McCabe 605 Stratford Drive, Moorestown, NJ 08057 | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 1,463,494 |
| 2. | 5,990,911 | 5,990,911 | 21-Jun-15 | Kim POV LLC 382 Timber Trail Road PO Box 8950 Breckenridge, CO 80424 | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 5,990,911 |
| 3. | 641,883 | 641,883 | 21-Jun-15 | Richard Beasley Third Avenue, Globe Park Buckinghamshire, SL7 1EY United Kingdom. | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 641,883 |
| 4. | 16,475,006 | 16,475,006 | 21-Jun-15 | Giovanni Tomaselli 605 Stratford Drive, Moorestown, NJ 08057 | Initial Issuance | | | | Held by J. Harrison | 16,475,006 |
| 5. | 246,052 | 246,052 | 21-Jun-15 | Robert Grisoff 871 Midpoint Dr. O'Fallon, MO 63366 | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 246,052 |
| 6. | 19,334,198 | 19,334,198 | 21-Jun-15 | Contour, LLC | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 19,334,198 |
| 7. | ~~5,000,000~~ | | 21-Jun-15 | ~~Delavase Group~~ | ~~Initial Issuance~~ | Cancelled | | 86, 87,88,89 and 90 | Cancelled – Issued in Error see new certificate numbers #86, 87, 88, 89 and 90 | - |
| 8. | 212,114 | 212,114 | 21-Jun-15 | Maj Harilela | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 212,114 |
| 9. | 212,114 | 212,114 | 21-Jun-15 | Chris Oatway 10 Bramley Road Moorestown, NJ 08057 | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 212,114 |
| 10. | 212,114 | 212,114 | 21-Jun-15 | Elaine Wong | Initial Issuance | | | | Held at DORSEY & WHITNEY LLP by V. Sutkowski | 212,114 |
| 11. | 212,114 | 212,114 | 21-Jun-15 | Barbara Vonderheid 662 Highfield Trail P.O. Box 9949 Breckenridge, CO 80424 | Initial Issuance | | | | Sent to B. Vonderheid 9/30/2015 | 212,114 |
| 12. | 400,000 | 400,000 | 21-Jul-15 | NBCN Inc. In trust for Account: 6DYPAOA 250 Yonge St. Toronto, ON M5B 2L7 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 | 400,000 |
| 13. | 40,000 | 40,000 | 21-Jul-15 | NBCN Inc. In trust for: Front Street Tactical Equity Class A/C 26AA13V(CAD) 26AA13U (USD) 250 Yonge St. Toronto, ON M5B 2L7 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by NBCN – See receipt – Received August 12, 2015 | 40,000 |
| 14. | 160,000 | 160,000 | 21-Jul-15 | NBCN Inc. In trust for: Front Street Canadian Hedge Fund A/C 26AA11V (CAD) 26AA11U (USD) 250 Yonge Street Toronto, Ontario M5B 2L7 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by NBCN – See receipt – Received August 12, 2015 | 160,000 |
| 15. | 44,000 | 44,000 | 21-Jul-15 | NBCN Inc. In trust for: Front Street Diversified Income Class A/C 26AA04V (CAD) 26AAO4U (USD) 250 Yonge Street Toronto, Ontario M5B 2L7 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by NBCN – See receipt – Received August 12, 2015 | 44,000 |
| 16. | 36,000 | 36,000 | 21-Jul-15 | NBCN Inc. In trust for: Front Street Growth and Income Class A/C 26AA19V (CAD) 26AA19U (USD) 250 Yonge Street Toronto, Ontario M5B 2L7 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by NBCN – See receipt – Received August 12, 2015 | 36,000 |
| 17. | 120,000 | 120,000 | 21-Jul-15 | NBCN Inc. In trust for: Front Street Global Opportunities Class A/C 26AA20V (CAD) 26AA20U (USD) 250 Yonge Street Toronto, Ontario M5B 2L7 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by NBCN – See receipt – Received August 12, 2015 | 120,000 |
| 18. | 50,000 | 50,000 | 21-Jul-15 | Simon Yakubowicz 25 Sable St Toronto, ON M6M 3K8 | Subscription Agreement | | | | FedEx on 9/29/2015 | 50,000 |
| 19. | 100,000 | 100,000 | 21-Jul-15 | 2464344 ONTARIO INC. 2 Bloor Street West, Suite 2602 Toronto, ON M4W 3E2 | Subscription Agreement | | | | FedEx on 9/29/2015 | 100,000 |
| 20. | 15,000 | 15,000 | 21-Jul-15 | GMP Securities L.P. ITF Account # 3OF-24N0-F 145 King St. W, Suite 300 Toronto, ON M5H 1J8 | Subscription Agreement | | | | Couriered on 9/29/2015 | 15,000 |
| 21. | 150,000 | 150,000 | 21-Jul-15 | Jeffrey Sagansky 200 Clarendon St. Boston MA 02116 Account: 50724 | Subscription Agreement | | | | FedEx on 9/29/2015 Returned 9/30/2015 for name change from VBS to just J. Sagansky Sent to J. Harrison for signature 10/6/2015 | 150,000 |
| 22. | 266,667 | 266,667 | 21-Jul-15 | Aaron Serruya 210 Shields Court Markham, ON L3R 8V2 | Subscription Agreement | | | | FedEx on 9/29/2015 | 266,667 |
| 23. | 25,000 | 25,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-99656-22 Account: 365-99656-22 1st Canadian Place, 39th Floor Toronto, ON M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by BMO – see receipt dated August, 2015 | 25,000 |
| 24. | 25,000 | 25,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-27952-24 Account: 365-27952-24 1st Canadian Place, 39th Floor Toronto, ON M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by BMO – see receipt dated August, 2015 | 25,000 |
| 25. | 250,000 | 250,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-27331-18 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 | 250,000 |

| Cert No. | Number of Shares | Shares Outstanding | Date Issued | Issued to: | From | Transferred or Replaced Shares | Date of Transfer or Replacement | Transferred to Whom | Comments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Account: 365-27331-18<br>1st Canadian Place, 39th Floor<br>Toronto, ON<br>M5X 1H3 | | | | | Held by BMO – see receipt dated August, 2015 | - |
| 26. | 50,000 | 50,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-26835-11<br>Account: 365-26835-11<br>1st Canadian Place, 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 50,000 |
| 27. | 25,000 | 25,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-26221-21<br>Account: 365-26221-21<br>1st Canadian Place, 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 25,000 |
| 28. | 266,667 | 266,667 | 21-Jul-15 | Michael Serruya<br>210 Shields Court<br>Markham, ON<br>L3R 8V2 | Subscription Agreement | | | | FedEx on 9/29/2015 | 266,667 |
| 29. | 266,666 | 266,666 | 21-Jul-15 | Simon Serruya<br>210 Shields Court<br>Markham, ON<br>L3R 8V2 | Subscription Agreement | | | | FedEx on 9/29/2015 | 266,666 |
| 30. | 50,000 | 50,000 | 21-Jul-15 | Blair Schultz Investco Inc.<br>37 Colin Ave<br>Toronto, ON<br>M5P 2B8 | Subscription Agreement | | | | FedEx on 9/29/2015 | 50,000 |
| 31. | 40,000 | 40,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-17236-23<br>Account: 365-17236-23<br>1st Canadian Place, 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 40,000 |
| 32. | 50,000 | 50,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-26087-24<br>Account: 365-26087-24<br>1st Canadian Place, 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 50,000 |
| 33. | 75,000 | 75,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-25101-28<br>Account: 365-25101-28<br>1st Canadian Place, 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 75,000 |
| 34. | 50,000 | 50,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-24599-20<br>Account: 365-24599-20<br>812-833 Bay St.<br>Toronto, ON<br>M5H 2S8 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 50,000 |
| 35. | 26,000 | 26,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 410-E4S0-F<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | Courier to GMP on 9/29/2015<br><br>Corrected ITF numbers and send to J. Harrison for signature on 10/6/2015 | 26,000 |
| 36. | 10,000 | 10,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 300-OV70-F<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | Courier to GMP on 9/29/2015 | 10,000 |
| 37. | 24,000 | 24,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 400-5460-F<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | Courier to GMP on 9/29/2015 | 24,000 |
| 38. | 140,000 | 140,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 300-2W10-F<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | Courier to GMP on 9/29/2015<br><br>Corrected ITF numbers and send to J. Harrison for signature on 10/6/2015 | 140,000 |
| 39. | 145,000 | 145,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 400-QYR0-F<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | JA Wargo<br>Subscription Agreement | | | | Courier to GMP on 9/29/2015 | 145,000 |
| 40. | 100,000 | 100,000 | 21-Jul-15 | MM Investments Limited<br>23 Lesmill Road, Suite 300<br>Toronto, ON<br>M3B 3P6 | Subscription Agreement | | | | | 100,000 |
| 41. | 20,000 | 20,000 | 21-Jul-15 | NBCN Inc.<br>In trust for Ramble Holdings Limited.<br>A/C# 5DP130F<br>1010 De La Gauchetiere St. W, M100<br>Montreal, QC<br>H3B 5J2 | Subscription Agreement | | | | | 20,000 |
| 42. | 75,000 | 75,000 | 21-Jul-15 | EBGrow Investments Corp.<br>235 Hillhurst Blvd.<br>Toronto, ON<br>M5N 1P3 | Subscription Agreement | | | | | 75,000 |
| 43. | 450,000 | | 21-Jul-15 | 2436942 Ontario Inc.<br>5 Hazelton Ave, Suite 300<br>Toronto, ON<br>M5R 2E1 | Subscription Agreement | Cancelled per Assignment of Shares | 14-Oct-15 | 200,000 – Andrew DeFrancesco<br>250,000 2436942 Ontario Inc. | MG Notes - new certs 129 to 135 | - |
| 44. | 55,000 | 55,000 | 21-Jul-15 | NBCN Inc.<br>In trust for Mathew Malowney<br>A/C# 5DP697<br>1010 De La Gauchetiere St. W, M100<br>Montreal, QC<br>H3B 5J2 | Subscription Agreement | | | | | 55,000 |
| 45. | 100,000 | 100,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 400-NHR0-F<br>2nd Floor - Cage<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | | 100,000 |
| 46. | 25,000 | 25,000 | 21-Jul-15 | Bernard Zaionz<br>107 Arnold Ave<br>Thornhill, ON<br>L1J 1B6 | Subscription Agreement | | | | | 25,000 |

3621101-1

| Cert No. | Number of Shares | Shares Outstanding | Date Issued | Issued to: | From | Transferred or Replaced Shares | Date of Transfer or Replacement | Transferred to Whom | Comments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 47. | 500,000 | 500,000 | 21-Jul-15 | NBCN Inc. In trust for J.C. Clark Adaly Fund A/C# 4FK202F 1010 De La Gauchetiere St. W, M100 Montreal, QC H3B 5J2 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by NBCN – See receipt – Received August 12, 2015 | 500,000 |
| 48. | 225,000 | 225,000 | 21-Jul-15 | Globalive Capital Inc. 48 Yonge St., Suite 1200 Toronto, ON M5E 1G6 | Subscription Agreement | | | | | 225,000 |
| 49. | 21,000 | 21,000 | 21-Jul-15 | BMK Capital Corp. 18 King St. E M5C 1C4 | Subscription Agreement | | | | | 21,000 |
| 50. | 200,000 | 200,000 | 21-Jul-15 | Rajiv Rai 438B Woburn Ave North York, ON M5M 1L7 | Subscription Agreement | | | | | 200,000 |
| 51. | 25,000 | 25,000 | 21-Jul-15 | NBCN Inc. In trust for Kevin Gordon A/C# 5DP661F 1010 De La Gauchetiere St. W, M100 Montreal, QC H3B 5J2 | Subscription Agreement | | | | | 25,000 |
| 52. | 20,000 | 20,000 | 21-Jul-15 | NBCN Inc. In trust for Jason Jacobson A/C# 5DP678F 1010 De La Gauchetiere St. W, M100 Montreal, QC H3B 5J2 | Subscription Agreement | | | | | 20,000 |
| 53. | 100,000 | 100,000 | 21-Jul-15 | NBCN Inc. In trust for Jim Christodoulis A/C# 5DP003F 1010 De La Gauchetiere St. W, M100 Montreal, QC H3B 5J2 | Subscription Agreement | | | | | 100,000 |
| 54. | 1,500,000 | | 21-Jul-15 | NBCN Inc. In Trust for A/C# 5FKDFZA 1010 De La Gauchetiere St. W, M100 Montreal, QC H3B 5J2 | Subscription Agreement | Cancelled per Assignment of Shares | 14-Oct-15 | 750,000 – NBCN Inc. ITF A/C#5FKDFZA 750,000 – Andrew DeFrancesco | MG Notes - new certs 129 to 135 | |
| 55. | 25,000 | 25,000 | 21-Jul-15 | GMP Securities L.P. In trust for A/C# 400-F5C0-F 145 King Street West, Suite 300 Toronto, ON M5H 1J8 | Subscription Agreement | | | | Courier to GMP on 9/29/2015 | 25,000 |
| 56. | 200,000 | 200,000 | 21-Jul-15 | 2118278 Ontario Ltd. 100 Duncan McColl Windsor Airport Windsor, ON N9A 6J3 | Subscription Agreement | | | | | 200,000 |
| 57. | 100,000 | 100,000 | 21-Jul-15 | Roytor & Co for the account of State Street Account reference: ALMA 155 Wellington St W. 2nd floor Toronto, ON M5V 3L3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by Roytor – see receipt Received August 12, 2015 | 100,000 |
| 58. | 75,000 | 75,000 | 21-Jul-15 | Canaccord Genuity Corp ITF Graham Saunders Account: 31C-53AF-1 2200-609 Granville St. Vancouver, BC V74 1H2 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by Canaccord – see receipt – Received August 12, 2015 | 75,000 |
| 59. | 75,000 | 75,000 | 21-Jul-15 | Canaccord Genuity Corp ITF: Daniel Daviau ITF Maxwell Daviau # 31A-85AB1 Vancouver, BC V7Y 1H2 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by Canaccord – see receipt – Received August 12, 2015 | 75,000 |
| 60. | 140,000 | 140,000 | 21-Jul-15 | Gundyco ITF Newgen Trading Fund LP Account: 515-00395-26 CIBC Prime Brokerage 22 Front St. West, 4th floor Toronto, ON | Subscription Agreement | | | | Couriered on 9/29/2015 to L. Martone | 140,000 |
| 61. | 89,300 | 89,300 | 21-Jul-15 | Gundyco ITF Newgen Trading Master Fund Account: 515-00396-25 CIBC Prime Brokerage 22 Front St. West, 4th floor Toronto, ON | Subscription Agreement | | | | Couriered on 9/29/2015 to L. Martone | 89,300 |
| 62. | 52,500 | 52,500 | 21-Jul-15 | Gundyco ITF Newgen Trading Fund Account: 515-00449-22 CIBC Prime Brokerage 22 Front St. West, 4th floor Toronto, ON | Subscription Agreement | | | | Couriered on 9/29/2015 to L. Martone | 52,500 |
| 63. | 18,200 | 18,200 | 21-Jul-15 | Gundyco ITF Polaris Event Trading Fund Account: 515-00546-24 CIBC Prime Brokerage 22 Front St. West, 4th floor Toronto, ON | Subscription Agreement | | | | Couriered on 9/29/2015 to L. Martone | 18,200 |
| 64. | 50,000 | 50,000 | 21-Jul-15 | Rubin Rapuch C/O Fasken Martineau 333 Bay Street, Suite 2400 Bay Adelaide Centre Box 20 Toronto, ON M5H 2T6 | Subscription Agreement | | | | Couriered on 9/29/2015 | 50,000 |
| 65. | 1,000,000 | 1,000,000 | 21-Jul-15 | Sylvadene Parkway Limited 50 Confederation Parkway Concord, ON L4K 4T8 | Subscription Agreement | | | | FedEx to Mr. Muzzo on 9/29/2015 | 1,000,000 |
| 66. | 150,000 | 150,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-27430-26 1 First Canadian Place 39th Floor Toronto, ON M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by BMO – see receipt dated August, 2015 | 150,000 |
| 67. | 50,000 | 50,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-99784-27 1 First Canadian Place 39th Floor Toronto, ON M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by BMO – see receipt dated August, 2015 | 50,000 |
| 68. | 50,000 | 50,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-27884-27 1 First Canadian Place 39th Floor Toronto, ON | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 Held by BMO – see receipt dated August, 2015 | 50,000 |

8621101-1

| Cert No. | Number of Shares | Shares Outstanding | Date Issued | Issued to: | From | Transferred or Replaced Shares | Date of Transfer or Replacement | Transferred to Whom | Comments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 69. | 25,000 | 25,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-25523-28<br>1 First Canadian Place 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 25,000 |
| 70. | 160,000 | 160,000 | 21-Jul-15 | BMO Nesbitt Burns ITF 365-26077-26<br>1 First Canadian Place 39th Floor<br>Toronto, ON<br>M5X 1H3 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15<br>Held by BMO – see receipt dated August, 2015 | 160,000 |
| 71. | 75,000 | 75,000 | 21-Jul-15 | Curtis Cusinato | Subscription Agreement | | | | Courier on 9/29/2015 | 75,000 |
| 72. | 100,000 | 100,000 | 21-Jul-15 | Marvin Igelman<br>148 Arnold Ave<br>Thornhill, ON<br>L4J 1B7 | Subscription Agreement | | | | FedEx on 9/29/2015 | 100,000 |
| 73. | 32,000 | 32,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 300-1HA0-F<br>145 King Street West, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | Courier to GMP on 9/29/2015 | 32,000 |
| 74. | 7,000 | 7,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 300-2A00-F<br>145 King Street West, Suite 300<br>Toronto, ON<br>M5H 1J8 | Subscription Agreement | | | | Courier on 9/29/2015<br>Corrected ITF numbers and send to J. Harrison for signature on 10/6/2015 | 7,000 |
| 75. | 200,000 | 200,000 | 21-Jul-15 | 3R Racing<br>Marcy Building, 2nd Floor, Purcell Estate<br>PO Box 2416, Road Town<br>Tortola, British Virgin Island | Subscription Agreement | | | | FedEx on 9/29/2015 | 200,000 |
| 76. | 300,000 | 300,000 | 21-Jul-15 | BMO Nesbitt Burns ITF Magal Group S.A. Panama<br>100 King St. W. 44th Floor<br>Toronto, ON<br>M5X 1A1 | Subscription Agreement | | | | FedEx 9/29/2015 to Lau and Rocehmont at BMO | 300,000 |
| 77. | 400,000 | 400,000 | 21-Jul-15 | Dark Bay International<br>45 Progress Ave.<br>Toronto, ON<br>M1P 2Y6 | Subscription Agreement | | | | FedEx on 9/29/2015 | 400,000 |
| 78. | 100,000 | 100,000 | 21-Jul-15 | Donald Goss<br>164 Gordon Road<br>Toronto, ON<br>M2P 1E8 | Subscription Agreement | | | | FedEx to D. Goss on 9/29/2015 | 100,000 |
| 79. | 20,000 | 20,000 | 21-Jul-15 | NBCN Inc. ITF AC 5FKDGSB<br>1010 De La Gauchetiere Street W.<br>M100<br>Montreal, QC<br>H3B 5J2 | Subscription Agreement | | | | Sent to Ian Noble 8/11/15 | 20,000 |
| 80. | 9,500 | 9,500 | 21-Jul-15 | Daniel Santana S.<br>C/La Cana #3,<br>Punta Cana Village<br>La Altagracia, Dominican Republic | Subscription Agreement | | | | FedEx to D. Santana S on 9/29/2015 | 9,500 |
| 81. | 30,000 | 30,000 | 21-Jul-15 | 2443904 Ontario Inc.<br>44 Victoria Street, Ste 1103<br>Toronto, ON<br>M5C 1Y2 | Subscription Agreement | | | | FedEx on 9/29/2015 | 30,000 |
| 82. | 5,000 | 5,000 | 21-Jul-15 | BMO Nesbitt Burns ITF Joseph Adamo<br>100 King St. W., 44th Floor<br>Toronto, ON<br>M5X 1A1 | Subscription Agreement | | | | FedEx 9/29/2015 to Lau and Rocehmont at BMO | 5,000 |
| 83. | 16,000 | 16,000 | 21-Jul-15 | BMO Nesbitt Burns ITF David Morritt<br>100 King St. W., 44th Floor<br>Toronto, ON<br>M5X 1A1 | Subscription Agreement | | | | FedEx 9/29/2015 to Lau and Rocehmont at BMO | 16,000 |
| 84. | 20,000 | 20,000 | 21-Jul-15 | BMO Nesbitt Burns ITF Tony and Diana Pialis<br>100 King St. W., 44th Floor<br>Toronto, ON<br>M5X 1A1 | Subscription Agreement | | | | FedEx 9/29/2015 to Lau and Rocehmont at BMO | 20,000 |
| 85. | 40,000 | 40,000 | 21-Jul-15 | BMO Nesbitt Burns ITF Margarita Fulawka<br>100 King St. W., 44th Floor<br>Toronto, ON<br>M5X 1A1 | Subscription Agreement | | | | FedEx 9/29/2015 to Lau and Rocehmont at BMO | 40,000 |
| 86. | 2,000,000 | 2,000,000 | 21-Jul-15 | *** See note below | Initial Issuance – See Consent to Correct name of Issuer | | | | VOID | - |
| 87. | 1,000,000 | 1,000,000 | 21-Jul-15 | *** See note below | Initial Issuance – See Consent to Correct name of Issuer | | | | VOID | - |
| 88. | 350,000 | 350,000 | 21-Jul-15 | *** See note below | Initial Issuance – See Consent to Correct name of Issuer | | | | VOID | - |
| 89. | 1,550,000 | 1,550,000 | 21-Jul-15 | *** See note below | Initial Issuance – See Consent to Correct name of Issuer | | | | VOID | - |
| 90. | 100,000 | 100,000 | 21-Jul-15 | *** See note below | Initial Issuance – See Consent to Correct name of Issuer | | | | VOID | - |
| 91. | 150,000 | 150,000 | 2-Sep-15 | GMP Securities LP, ITF #300-2W10-F<br>145 King Street West, Ste 300<br>Toronto, ON M5H 1J8 | Subscription Agreement | | | | Sent to GMP Securities on 9/30/2015 | 150,000 |
| 92. | 150,000 | 150,000 | 2-Sep-15 | GMP Securities LP, ITF #400-R630-F<br>145 King Street West, Ste 300<br>Toronto, ON M5H 1J8 | Subscription Agreement | | | | Sent to GMP Securities on 9/30/2015 | 150,000 |
| 93. | 250,000 | 250,000 | 2-Sep-15 | GMP Securities LP, ITF #400-QHP0-F<br>145 King Street West, Ste 300<br>Toronto, ON M5H 1J8 | Subscription Agreement | | | | Sent to GMP Securities on 9/30/2015 | 250,000 |
| 94. | 100,000 | 100,000 | 11-Sep-15 | Damon Ockey<br>226 Evergreen Mews S.W.<br>Calgary, AB T2Y 3T9 | Subscription Agreement | | | | Sent to J. Harrison for signature on 9/15/15 | 100,000 |
| 95. | 750,000 | 750,000 | 15-Sep-15 | Sextant iON Worldwide LLC | Subscription Agreement | | | | FedEx to home address of A. Cox on 10/6/2015 as per LMI email | 750,000 |
| 96. | 500,000 | 500,000 | 21-Jun-15 | 2443904 Ontario Inc.<br>c/o Michael Galloro<br>44 Victoria Street, Ste 1103<br>Toronto, ON M5C 1Y2 | | | | | Sent to J. Harrison for signature on 10/6/15 | 500,000 |
| 97. | 812,500 | 812,500 | 21-Jun-15 | Marvin Igelman<br>148 Arnold Avenue<br>Thornhill, Ontario L4J 1B7 | | | | | Sent to J. Harrison for signature on 10/6/15 | 812,500 |

| Cert No. | Number of Shares | Shares Outstanding | Date Issued | Issued to: | From | Transferred or Replaced Shares | Date of Transfer or Replacement | Transferred to Whom | Comments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 98 | 812,500 | 812,500 | 21-Jun-15 | Luna Igelman<br>148 Arnold Avenue<br>Thornhill, Ontario L4J 1B7 | | | | | Sent to J. Harrison for signature on 10/6/15 | 812,500 |
| 99 | 100,000 | 100,000 | 21-Jun-15 | Alex Igelman<br>148 Arnold Avenue<br>Thornhill, Ontario L4J 1B7 | | | | | Sent to J. Harrison for signature on 10/6/15 | 100,000 |
| 100 | 100,000 | 100,000 | 21-Jun-15 | David Igelman<br>148 Arnold Avenue<br>Thornhill, Ontario L4J 1B7 | | | | | Sent to J. Harrison for signature on 10/6/15 | 100,000 |
| 101 | 100,000 | 100,000 | 21-Jun-15 | Simon Igelman<br>148 Arnold Avenue<br>Thornhill, Ontario L4J 1B7 | | | | | Sent to J. Harrison for signature on 10/6/15 | 100,000 |
| 102 | 85,000 | 85,000 | 21-Jun-15 | MOS Holdings Inc.<br>c/o Michael Serruya<br>210 Sheilds Court<br>Markham, Ontario L3R 8V2 | | | | | Sent to J. Harrison for signature on 10/6/15 | 85,000 |
| 103 | 85,000 | 85,000 | 21-Jun-15 | 2208742 Ontario Inc.<br>c/o Simon Serruya<br>210 Sheilds Court<br>Markham, Ontario L3R 8V2 | | | | | Sent to J. Harrison for signature on 10/6/15 | 85,000 |
| 104 | 80,000 | 80,000 | 21-Jun-15 | Fruzer Inc.<br>c/o Mark Muzzo<br>210 Sheilds Court<br>Markham, Ontario L3R 8V2 | | | | | Sent to J. Harrison for signature on 10/6/15 | 80,000 |
| 105 | 300,000 | 300,000 | 21-Jun-15 | Sylvadine Parkway Limited<br>50 Confederation Parkway<br>Concord, Ontario L4K 4T8 | | | | | Sent to J. Harrison for signature on 10/6/15 | 300,000 |
| 106 | 100,000 | 100,000 | 21-Jun-15 | Giuseppe Lombardi<br>46 Wodburn Drive<br>Woodbridge, ON L4L 7H8 | | | | | Sent to J. Harrison for signature on 10/6/15 | 100,000 |
| 107 | 900,000 | 900,000 | 21-Jun-15 | Marcandy Investments Corp.<br>c/o Catherine Brewer-DeFrancesco<br>107 Lonsdale Rd<br>Toronto, Ontario M4V 1W4 | | | | | Sent to J. Harrison for signature on 10/6/15 | 900,000 |
| 108 | 750,000 | 750,000 | 21-Jun-15 | DSB Capital Inc.<br>c/o Paul Dempsy, Fitzroy Holdings Ltd.<br>1 Caribbean Place, Leeward Highway,<br>Providenciales<br>Turks and Caicos Islands | | | | | Sent to J. Harrison for signature on 10/6/15 | 750,000 |
| 109 | 275,000 | 275,000 | 21-Jun-15 | Defrancesco Motorsports Inc.<br>c/o Catherine Brewer-DeFrancesco<br>107 Lonsdale Road<br>Toronto, Ontario M4V 1W4 | | | | | Sent to J. Harrison for signature on 10/6/15 | 275,000 |
| 110 | 200,000 | 200,000 | 21-Jun-15 | Namaste Gorgie Inc.<br>c/o Catherine Brewer-DeFrancesco<br>107 Lonsdale Road<br>Toronto, Ontario M4V 1W4 | | | | | Sent to J. Harrison for signature on 10/6/15 | 200,000 |
| 111 | 100,000 | 100,000 | 21-Jun-15 | Scott Secord<br>72 Belvedere Blvd.<br>Etobicoke, Ontario M8X 1K4 | | | | | Sent to J. Harrison for signature on 10/6/15 | 100,000 |
| 112 | 25,000 | 25,000 | 21-Jun-15 | Dark Horse Financial Corp.<br>c/o Andrew Rudensky<br>104-994 Queen Street West<br>Toronto, Ontario M6J 1H2 | | | | | Sent to J. Harrison for signature on 10/6/15 | 25,000 |
| 113 | 25,000 | 25,000 | 21-Jun-15 | Margo Young<br>179 Balsam Street South<br>Timmins, Ontario P4N 2E1 | | | | | Sent to J. Harrison for signature on 10/6/15 | 25,000 |
| 114 | 150,000 | 150,000 | 21-Jun-15 | Colby Capital Limited<br>c/o Gregory Cameron<br>168 Bayview Heights Drive<br>Toronto, Ontario M4G 2Y8 | | | | | Sent to J. Harrison for signature on 10/6/15 | 150,000 |
| 115 | 175,000 | 175,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account # 400-QYR0-F<br>145 King St. W, Suite 300<br>Toronto, ON<br>M5H 1J8 | J.A. Wargo<br>Subscription Agreement | | | | Sent to J. Harrison for signature on 10/6/15 | 175,000 |
| 116 | 250,000 | 250,000 | 21-Jul-15 | 2464344 ONTARIO INC.<br>2 Bloor Street West, Suite 2602<br>Toronto, ON<br>M4W 3E2 | Subscription Agreement | | | | Sent to J. Harrison for signature on 10/13/15 | 250,000 |
| 117 | 50,000 | 50,000 | 21-Jul-15 | GMP Securities L.P.<br>ITF Account #410-DMD0-F<br>145 King Street West, Suite 300<br>Toronto, ON M5H 1J8 | For Michael Winters:<br>Subscription Agreement | | | | Sent to J. Harrison for signature on 10/6/15 | 50,000 |
| 118 | 100,000 | 100,000 | 21-Jul-15 | David McFadgen<br>89 Baby Point Rd.<br>Toronto, ON M6S 2G6 | Subscription Agreement | | | | Sent to J. Harrison for signature on 10/6/15 | 100,000 |
| 119 | 500,000 | 500,000 | 1-Jul-15 | Philip Christodoulis<br>2 Fleance Drive<br>Thornhill, ON L3T 3J9 | | | | | Sent to J. Harrison for signature on 10/6/15 | 500,000 |
| 120 | 150,000 | 150,000 | 1-Jul-15 | Amanda Alvaro<br>55 Scollard Street, Ste 2008<br>Toronto, ON M5R 0A1 | | | | | Sent to J. Harrison for signature on 10/6/15 | 150,000 |
| 121 | 50,000 | 50,000 | 1-Jul-15 | NBCN Inc. in trust for Matthew Malowney A/C# 5DP697F<br>1010 De La Gauchetiere St. W, M100<br>Montreal, QC<br>H3B 5J2 | For Matthew Mallowney | | | | Sent to J. Harrison for signature on 10/6/15 | 50,000 |
| 122 | 20,000 | 20,000 | 1-Jul-15 | NBCN Inc. in trust for Kevin Gordon A/C# 5DP661F<br>1010 De La Gauchetiere St. W, M100<br>Montreal, QC<br>H3B 5J2 | For Kevin Gordon | | | | Sent to J. Harrison for signature on 10/6/15 | 20,000 |
| 123 | 20,000 | 20,000 | 1-Jul-15 | NBCN Inc. in trust for Ramble Holdings Limited A/C# 5DP130F<br>1010 De La Gauchetiere St. W, M100<br>Montreal, QC<br>H3B 5J2 | Ramble Holdings Limited | | | | Sent to J. Harrison for signature on 10/6/15 | 20,000 |
| 124 | 10,000 | 10,000 | 1-Jul-15 | NBCN Inc. in trust for Jason Jacobson A/C# 5DP678F<br>1010 De La Gauchetiere St. W, M100<br>Montreal, QC<br>H3B 5J2 | Jason Jackobson | | | | Sent to J. Harrison for signature on 10/6/15 | 10,000 |
| 125 | 300,000 | 300,000 | 1-Jul-15 | Cateus Capital Inc.<br>2865 Eristol Circle, Ste 200<br>Oakville, ON L6H 6X5 | | | | | Sent to J. Harrison for signature on 10/6/15 | 300,000 |
| 126 | 200,000 | 200,000 | 1-Jul-15 | GMP Securities L.P.<br>ITF Account # 400-QYR0-F | For J. Allan Wargo | | | | Sent to J. Harrison for signature on 10/6/15 | 200,000 |

3621101-1

| Cert No. | Number of Shares | Shares Outstanding | Date Issued | Issued to: | From | Transferred or Replaced Shares | Date of Transfer or Replacement | Transferred to Whom | Comments | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 145 King St. W, Suite 300 Toronto, ON M5H 1J8 | | | | | | - |
| | | | | | | | | | | - |
| 127 | 75,000 | 75,000 | 1-Jul-15 | Curtis Cusinato | | | | | Sent to J. Harrison for signature on 10/6/15 | 75,000 |
| 128 | 25,000 | 25,000 | 1-Jul-15 | Brian Reid 132 Rochester Avenue Toronto, ON  M4N 2P1 | | | | | Sent to J. Harrison for signature on 10/6/15 | 25,000 |
| | | | | | | | | | | - |
| 129 | 200,000 | 200,000 | 14-Oct-15 | 2436942 Ontario Inc. 5 Hazelton Ave, Suite 300 Toronto, ON M5R 2E1 | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and returned to DW | 200,000 |
| | | | | | | | | | | - |
| 130 | 750,000 | 750,000 | 14-Oct-15 | NBCN Inc. In trust for A/C# 5FKDFZA 1010 De La Gauchetiere St. W, M100 Montreal, QC H3B 5J2 | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and returned to DW | 750,000 |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| 131 | 250,000 | 250,000 | 14-Oct-15 | Namaste Gorgie Inc. 107 Lonsdale Rd Toronto, On M4V 1W4 | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and returned to DW | 250,000 |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| 132 | 250,000 | 250,000 | 14-Oct-15 | Namaste Gorgie Inc. 107 Lonsdale Rd Toronto, On M4V 1W4 | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and returned to DW | 250,000 |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| 133 | 350,000 | 350,000 | 14-Oct-15 | DSB Capital Ltd. 1 Caribbean Place, PO Box 97 Providenciales, Turks and Caicos TKCA 1ZZ | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and returned to DW | 350,000 |
| | | | | | | | | | | - |
| | | | | | | | | | | - |
| 134 | 50,000 | 50,000 | 14-Oct-15 | Geraldo Rodrigues 2937 SW 27th Avenue Suite 305 Miami, FL 33133 | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and returned to DW | 50,000 |
| | | | | | | | | | | - |
| 135 | 100,000 | 100,000 | 14-Oct-15 | Delavaco Holdings Inc. 107 Lonsdale Rd Toronto, Ontario M4V 1W4 | Assignment dated October 14, 2015 | | | | Sent to J. Harrison for signature on 10/23/2015 Rejected and retuned to DW | 100,000 |
| | | | | | | | | | | - |
| | | | | | | | | | Not signed | |
| | | | | | | | | | York Plains Investment Corp. | 150,000 |
| | | | | | | | | | Geraldo Rodrigues | 100,000 |
| | | | | | | | | | 2443904 Ontario Inc. | 150,000 |
| | | | | | | | | | Result Nordics | 133,333 |
| | | | | | | | Need to confirm, stlil negotiating? | | Todd Pendleton | 250,000 |
| | | | | | | | | | Worldcup Venture Capital Ltd (Agricio Net) | 150,000 |
| | | | | | | | | | M12 Asset Holding Inc (Guilherme Shaeffer) | 150,000 |
| | | | | | | | | | Gilberto Caldart | 175,000 |
| | | | | | | | | | Project Eight Holdings Inc (Fernando Julianelli) | 100,000 |
| | | | | | | | | | Roger Rai | 300,000 |
| | | | | | | | | **Basic shares outstanding** | | 65,413,833 |
| | | | | | | | | **Dilutive Securities** | | 7,416,509 |
| | | | | | | | | **Fully diluted shares outstanding** | | 72,830,342 |

3621101-1