IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iON Worldwide Inc., et al., | Case No. 16-11543 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 21, 2016 AT 11:00 A.M.[3]**

I.  CONTESTED MATTERS GOING FORWARD

1.  Debtors' Motion For Order: (A) Approving The Disclosure Statement; (B) Fixing The Voting Record Date; (C) Approving The Solicitation Materials And Procedures For Distribution Hereof; (D) Approving The Forms Of Ballots And Establishing Procedures For Voting On The Debtors' Plan Of Reorganization; (E) Scheduling A Hearing And Establishing Notice And Objection Procedures In Respect Of The Confirmation Of Debtors' Plan Of Reorganization; And (F) Granting Related Relief [Docket No. 95, Filed August 17, 2016];

    Response Deadline:   September 14, 2016, at 4:00 p.m. (extended until September 16, 2016 for the Official Committee of Unsecured Creditors)

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: iON Worldwide Inc. (3211); iON America LLC (2612).

The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 513 South Lenola Road, Suite 208, Moorestown, NJ 08057.

[2] **Amended items appear in bold.**

[3] The hearing will be held before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801. In accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005 (As Revised on April 27, 2009)*, any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 1-866-582-6878 prior to 12:00 p.m. on the business day prior to the hearing to register his/her telephonic appearance.

2057262-1

    A.      Debtors' Chapter 11 Plan Of Reorganization [Docket No. 90, Filed August 17, 2016];

    B.      Disclosure Statement With Respect To Chapter 11 Plan Of Reorganization Of Ion America LLC And Ion Worldwide Inc. [Docket No. 94, Filed August 17, 2016];

    C.      **Debtors' First Amended Chapter 11 Plan Of Reorganization Docket No. 133, Filed September 20, 2016];**

    D.      **Disclosure Statement With Respect To First Amended Chapter 11 Plan Of Reorganization Of Ion America LLC And Ion Worldwide Inc. [Docket No. 134, Filed September 20, 2016];**

    E.      **Certification of Counsel Regarding Docket Number 95 [Docket No. 136. Filed on September 20, 2016]**

Responses Received:

    F.      Omnibus Objection Of The Official Committee Of Unsecured Creditors To Debtors' (I) Motion To Approve Disclosure Statement And Solicitation Procedures; And (II) Motion To Establish Bar Date [Docket No. 129, Filed September 16, 2016];

    Status:  **The Debtors have filed a First Amended Plan of Reorganization and a Disclosure Statement with regard thereto. The Debtors have also submitted a Certification of Counsel with a revised, proposed form of Order approving this Motion. All of these documents have been approved by the Office of the United States Trustee and the Official Committee of Unsecured Creditors, the only parties who offered comments to this Motion. This matter will go forward on an uncontested basis.**

2.    Debtors' Motion For An Order, Pursuant To Sections 501 And 502 Of The Bankruptcy Code, Bankruptcy Rules 2002 And 3003(c)(3), And Local Rule 2002-1, (I) Establishing Bar Dates For Filing Proofs Of Claim And (II) Approving The Form And Manner Of Notice Thereof [Docket No. 102, Filed August 31, 2016];

    Response Deadline:   September 14, 2016, 2016 at 4:00 p.m. (extended until September 16, 2016 for the Official Committee of Unsecured Creditors)

    Related Documents:

    B.      **Certification of Counsel Regarding Docket Number 102 [Docket No. 135, Filed on September 20, 2016];**

Responses Received:

A. Omnibus Objection of the Official Committee of Unsecured Creditors to Debtors' (I) Motion to Approve Disclosure Statement and Solicitation Procedures; and (II) Motion to Establish Bar Date [Docket No. 129, Filed September 16, 2016];

Status: **The Debtors have submitted a Certification of Counsel with a revised, proposed form of Order approving this Motion. The proposed form of Order has been approved by the Office of the United States Trustee and the Official Committee of Unsecured Creditors, the only parties who offered comments to this Motion. This matter will go forward on an uncontested basis.**

Dated: September **20**, 2016

A. M. SACCULLO LEGAL, LLC

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

and

Michael S. Fox, Esquire
Jonathan T. Koevary, Esquire
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
*Counsel to the Debtors*