# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ION WORLDWIDE INC. |
| **Case Number:** | 16-11543-LSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 21, 2016 11:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

### *Matter:*

Omnibus/Disclosure Statement

**R / M #:**   138 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Revised Order signed
#2 - Revised Order signed