# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
iON Worldwide Inc.
513 South Lenola Road
Suite 208                                    **Chapter:** 11
Mooretown, NJ 08057
  **EIN:** 81–1603211

*Case No*.: 16–11543–LSS

*NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 9–21–2016 was filed on 10–18–2016 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11–8–2016 .

   If a request for redaction is filed, the redacted transcript is due 11–18–2016 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1–17–2017 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ Una O'Boyle*
———————————————
Una O'Boyle, Clerk of Court

Date: 10/18/16

(ntc)