# Notice Recipients

District/Off: 0311−1     User: MichaelM     Date Created: 10/18/2016
Case: 16−11543−LSS     Form ID: ntcBK     Total: 8

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Anthony M. Saccullo | ams@saccullolegal.com |
| aty | David Gerardi | david.gerardi@usdoj.gov |
| aty | Thomas H. Kovach | kovach@saccullolegal.com |

                                                                                                                        TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | iON Worldwide Inc. | 513 South Lenola Road | Suite 208 | Mooretown, NJ 08057 | |
| aty | Adam H. Friedman | Olshan Frome Wolosky LLP | 1325 Avenue of the Americans | New York, NY 10019 | |
| aty | Jonathan T Koevary | Olshan Frome Wolosky LLP | 1325 Avenue of the Americas | New York, NY 10019 | |
| aty | Michael S Fox | Olshan Frome Wolosky LLP | 1325 Avenue of the Americas | New York, NY 10019 | |

                                                                                                                        TOTAL: 4