**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| iON Worldwide Inc., et al., | Case No. 16-11543 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 31, 2016 AT 9:30 A.M. [2]**

I.     MATTERS WITH CERTIFICATES OF NO OBJECTION

1.     Debtors' Omnibus Motion for an Order (I) Authorizing the Debtors to Assume Certain Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts With Respect Thereto [Docket No. 164, Filed October 7, 2016];

Response Deadline:    October 24, 2016, at 4:00 p.m.

Related Documents:

A.     Certificate of No Objection Regarding Docket Number 164 [Docket No. 191, Filed October 27, 2016];

B.     Proposed Form of Order Regarding Docket Number 164;

Responses Received:  None

Status:   A Certificate of No Objection has been filed.   No hearing on this Motion necessary unless the Court requires otherwise.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: iON Worldwide Inc. (3211); iON America LLC (2612).

The Debtors' corporate headquarters is located at, and the mailing address for each Debtor is, 513 South Lenola Road, Suite 208, Moorestown, NJ 08057.

[2] The hearing will be held before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801.  In accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005 (As Revised on April 27, 2009)*, any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 1-866-582-6878 prior to 12:00 p.m. on the business day prior to the hearing to register his/her telephonic appearance.

II.    <u>UNCONTESTED MATTERS GOING FORWARD (PLAN CONFIRMATION)</u>

2.    Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 133, Filed September 20, 2016];

<u>Response Deadline:</u>    October 24, 2016, at 4:00 p.m.

<u>Related Documents</u>:

A.    Disclosure Statement with Respect to First Amended Chapter 11 Plan of Reorganization of iON America LLC and iON Worldwide Inc. [Docket No. 134, Filed September 20, 2016];

B.    Order  (A) Approving The Disclosure Statement; (B) Fixing The Voting Record Date; (C) Approving The Solicitation Materials And Procedures For Distribution Hereof; (D) Approving The Forms Of Ballots And Establishing Procedures For Voting On The Debtors' Plan Of Reorganization; (E) Scheduling A Hearing And Establishing Notice And Objection Procedures In Respect Of The Confirmation Of Debtors' Plan Of Reorganization; And (F) Granting Related Relief [Docket No. 141, Entered September 21, 2016];

C.    Notice of Filing [With Respect to Valuation Report] [Docket No. 144, Filed September 22, 2016];

D.    Notice of Filing [With Respect to Liquidation Analysis] [Docket No. 145, Filed September 22, 2016];

E.    Notice of Filing of Certain Plan Supplement Documents and Schedules Relating to the Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 185, Filed October 24, 2016];

F.    Declaration of Chris Oatway in Support of Confirmation of the Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 186, Filed on October 25, 2016];

G.    Declaration of Robert P. Schweihs in Support of Confirmation of the Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 187, Filed October 25, 2016];

H.    Declaration of Joseph L. King with Respect to the Tabulation of Votes to Accept or Reject the First Amended Chapter 11 Plan of Reorganization [Docket No. 188, Filed October 25, 2016];

I.    Notice of Filing of Certain Corrected Plan Supplement Documents and Schedules Relating to the Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 190, Filed October 26, 2016];

J.      Memorandum of Law in Support of Confirmation of Debtors First Amended Chapter 11 Plan of Reorganization [Docket No. 192, Filed October 27, 2016];

K.      Notice of Filing of Proposed Confirmation Order [Docket No. 193, Filed October 27, 2016]; and

L.      Proposed Confirmation Order.

Responses Received:  None

Status:  The Debtors and Creditors' Committee are working to finalize a consensual form of the Confirmation Order. The Debtors are optimistic that the confirmation of the First Amended Chapter 11 Plan of Reorganization will go forward on an uncontested basis.

Dated:  October 27, 2016                          A. M. SACCULLO LEGAL, LLC

                                                 /s/ Anthony M. Saccullo
                                                 Anthony M. Saccullo (Bar No. 4141)
                                                 Thomas H. Kovach (Bar No. 3964)
                                                 27 Crimson King Drive
                                                 Bear, Delaware 19701
                                                 (302) 836-8877
                                                 (302) 836-8787 (facsimile)
                                                 ams@saccullolegal.com
                                                 kovach@saccullolegal.com

                                                 and

                                                 Michael S. Fox, Esquire
                                                 Jonathan T. Koevary, Esquire
                                                 OLSHAN FROME WOLOSKY LLP
                                                 1325 Avenue of the Americas
                                                 New York, New York 10019
                                                 (212) 451-2300
                                                 *Counsel to the Debtors*

3